THOMAS P. O'BRIEN
United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT CONTE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6607/2454
Facsimile:  (213) 894-0115
robert.conte@usdoj.gov

MICHAEL R. PAHL
Mn. Bar. No. 0234539
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile:  (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States,<br><br>        Plaintiff,<br><br>v.<br><br>James A. Mattatall,<br><br>        Defendant. | Case No. CV03-07016 DDP (PJWx)<br><br>Motion To Take Judicial Notice Of Certain Documents, Orders, And Pleadings Filed In The Case; Notice Thereof<br><br>Criminal Contempt<br><br>Hearing: September 14, 2009<br>10:00 a.m.<br>Courtroom: No. 3, 2nd Floor<br><br>Judge Dean D. Pregerson |

4533336.1

PLEASE TAKE NOTICE that on September 14, 2009, at 10:00 a.m., in Courtroom 3 of the U.S. Courthouse, 312 N. Spring Street, Los Angeles, California, the government will and hereby moves to admit at defendant's trial certain documents, orders, and pleadings filed in the public record of this case. This motion is supported by Rule 201 of the Federal Rules of Evidence and the memorandum of law filed herewith.

Defendant is representing himself.

Memorandum of Law

Defendant is on trial for criminal contempt for his willful violation of the court's Second Amended Injunction (SAI) entered against him on August 17, 2004. The court's SAI against defendant, among other things, prohibits the defendant from preparing federal income tax returns for other persons, and prohibits defendant from representing other persons before the Internal Revenue Service (IRS). In order to prove defendant guilty of criminal contempt the government must show that defendant was aware of the prohibitions ordered in the SAI and that he willfully disobeyed them.

In order to meet its burden of proof on knowledge and willfulness, the government intends to introduce at trial certain documents, orders and pleadings filed in this case. To that end, the government requests that the court take judicial notice of these publically filed documents pursuant to Rule 201 of the Federal Rules of Evidence. The Ninth Circuit has held that it is appropriate for trial court's to take judicial notice of their own records. See U.S. v. Author Services, 804 F.2d 1520, 1523 (9th Cir. 1986). Pleadings and orders filed in related court actions are a proper subject of judicial notice under Rule 201. See Molus v. Swan, 2009 WL 160937 (S.D. CA Jan 22, 2009).

4533336.1

In this case, the government requests that the court take judicial notice of the following documents, orders, and pleadings.[1]

1. The Order granting the government request for the SAI, and the SAI, both filed 8/17/09, docket nos. 35, 36.

2. The Order denying defendant's motion to vacate the injunction filed 9/29/04, docket no. 43.

3. The Minutes (with attachment) noting receipt of defendant's "abatement" of LACV 03-7016 filed 4/1/05, docket no. 60.

4. The Order granting government's motion for contempt filed 4/29/05, docket no. 69.

5. Defendant's miscellaneous documents and notices filed 4/10/09, docket nos. 88 - 94.

6. Defendant's Request to dismiss filed 5/12/09, docket no. 100.

At trial, the government intends to introduce filed stamped copies of the above referenced documents and requests that the court (which is also the trier of fact in this case) take judicial notice of their authenticity.[2]

DATED: August 20, 2009.

THOMAS P. O'BRIEN
United States Attorney

/S/

ROBERT F. CONTE
Assistant United States Attorney

---

[1] A copy of the docket sheet in this case is attached hereto for the convenience of the court. With exception of docket no. 69, all documents referenced herein are available on PACER.

[2] The government has not sought to obtain "certified" copies of these documents.

(PJWx), DISCOVERY, REOPENED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:03-cv-07016-DDP-PJW

USA v. James A Mattatall
Assigned to: Judge Dean D. Pregerson
Referred to: Discovery Patrick J. Walsh
Demand: $0
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

Date Filed: 09/30/2003
Jury Demand: Defendant
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**   represented by   **Michael R Pahl**
US Department of Justice
Ben Franklin Station
PO Box 7238
Washington, DC 20044
202-514-6488
Email: michael.r.pahl@usdoj.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norma J Schrock**
US Department of Justice
Tax Division
P O Box 683
Ben Franklin Station
Washington, DC 20044-0683
202-307-6554
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard M Callahan , Jr**
Richard M Callahan Jr Law Offices
225 South Lake Avenue Suite 300
Pasadena, CA 91101
626-202-4060
Fax: 626-794-4676
Email: rmcallahanjr@earthlink.net
*TERMINATED: 04/10/2009*
*LEAD ATTORNEY*

Robert F Conte
AUSA - Office of US Attorney
Tax Division
300 N Los Angeles Street Rm 7211
Los Angeles, CA 90012
213-894-6607
Fax: 213-894-0115
Email: USACAC.Civil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Robert D Metcalfe
US Department of Justice
Tax Division
Ben Franklin Station
P O Box 7238
Washington, DC 20044
202-307-6525
*TERMINATED: 12/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James A Mattatall**              represented by    **James A Mattatall**
1880 West Carson Street
#F-349
Torrance, CA 90503
310-530-6306
PRO SE

**Richard M Callahan, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2003 | 1 | COMPLAINT filed Summons(es) 20 days issued referred to Discovery Patrick J. Walsh (rrey) (Entered: 10/02/2003) |
| 09/30/2003 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by plaintiff USA (rrey) (Entered: 10/02/2003) |
| 10/01/2003 | 3 | MINUTES: ORDER (IN CHAMBERS} This action has been recently assigned to the calendar of Judge D Pregerson. Counsel are encouraged to review the Central District's website for additional information. The address is "http://www.cacd.uscourts.gov". by Judge Dean D Pregerson CR: None Present (el) (Entered: 10/03/2003) |

5

| | | |
|---|---|---|
| 10/02/2003 | 4 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff USA by Robert D Metcalfe. Designating Robert F Conte as local counsel. Approved by Judge Dean D. Pregerson. (Fee pd) (jp) (Entered: 10/03/2003) |
| 10/16/2003 | 5 | PROOF OF SERVICE executed upon defendant James A Mattatall; Service by Federal Statute on 10/7/03 via substituted service by serving summons and complaint to Anna Mattatall, spouse; Due Diligence Declaration attached. (el) (Entered: 10/22/2003) |
| 10/27/2003 | 6 | ANSWER filed by defendant James A Mattatall to complaint [1-1] (pj) (Entered: 10/29/2003) |
| 10/28/2003 | 7 | ORDER SETTING SCHEDULING CONFERENCE by Judge Dean D. Pregerson: scheduling conf set for 1:30 1/6/04 (see document for details) (ln) (Entered: 10/29/2003) |
| 12/09/2003 | 8 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case filed for plaintiff USA by Norma J Schrock. Designating Robert F Conte as local counsel. Approved by Judge Dean D. Pregerson. (Fee pd) (pj) (Entered: 12/12/2003) |
| 12/09/2003 | 9 | ATTORNEY SUBSTITUTION: terminating attorney Robert D Metcalfe for USA by plaintiff USA and substituting attorney Norma Schrock by Judge Dean D. Pregerson (pj) (Entered: 12/12/2003) |
| 12/12/2003 | 10 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by defendant James A Mattatall (pj) (Entered: 12/15/2003) |
| 12/12/2003 | 11 | FIRST AMENDED ANSWER [6-1] by defendant James A Mattatall; jury demand (pj) (Entered: 12/15/2003) |
| 12/12/2003 | 12 | PROOF OF SERVICE by defendant James A Mattatall on 12/12/03 of 1st Amended answer to complaint served on (se attached service list) (el) (Entered: 12/17/2003) |
| 12/24/2003 | 13 | UNITED STATES' RULE 26 DISCOVERY PLAN REPORT; est length of trial not indicated (el) (Entered: 12/29/2003) |
| 01/06/2004 | 14 | MINUTES In Chambers Conference held before Judge Dean D. Pregerson : Scheduling Conference held on Date Filed. The Court sets an Order to Show Cause Hearing Re: Striking Defendant's answer for failure to appear for 1/26/2004 11:30 AM before Honorable Dean D. Pregerson. Court Reporter: None Present. (el, ) (Entered: 01/09/2004) |
| 01/26/2004 | 15 | MINUTES: The Court orders the answer STRUCK. The plaintiff shall file for entry of default by clerk WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER by Judge Deand D Pregerson Court Reporter: Beth Esther Zaccaro. (pj,). (Entered: 02/09/2004) |
| 02/18/2004 | 16 | REQUEST for Entry of Default James A Mattatall filed by plaintiff United States of America. (pj, ) (Entered: 02/20/2004) |
| 02/20/2004 | 17 | DEFAULT BY CLERK ENTERED as to Defendant James A Mattatall (pj, ) (Entered: 02/20/2004) |
| 02/25/2004 | 18 | MINUTES (In Chambers) held before Judge Dean D. Pregerson : Plaintiff(s) is ordered to show cause in writing no later than 3/22/2004 why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following, |

6

| | | |
|---|---|---|
| | | as an appropriate response to this OSC, on or before the above date: Plaintiff's filing of a motion for entry of default judgment (see document for further details) (yl, ) (Entered: 02/27/2004) |
| 02/26/2004 | 19 | MINUTES held before Judge Dean D. Pregerson: Plaintiff(s) is/are ordered to show cause in writing no later than 3/26/2004 why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date: Plaintiff's filing of a motion for entry of default judgment (see document for further details). (yl, ) (Entered: 02/27/2004) |
| 03/05/2004 | 20 | NOTICE OF MOTION AND for Default Judgment. filed by plaintiff United States of America. Motion set for hearing on 4/5/2004 at 10:00 AM before Honorable Dean D. Pregerson. Lodged Proposed Injunction Order. (jp, ) (Entered: 03/12/2004) |
| 03/05/2004 | 21 | MEMORANDUM in Support of MOTION for Default Judgment 20 filed by plaintiff United States of America. (jp, ) (Entered: 03/12/2004) |
| 03/05/2004 | 22 | DECLARATION of REVENUE AGENT JAMES D. SZOLLOSI in support of MOTION for Default Judgment 20 filed by plaintiff United States of America. (jp, ) (Entered: 03/12/2004) |
| 03/05/2004 | 23 | DECLARATION of NORMA SCHROCK in support of MOTION for Default Judgment 20 filed by plaintiff United States of America. (jp, ) (Entered: 03/12/2004) |
| 04/05/2004 | 25 | MINUTES OF PROCEEDINGS: by Judge Dean D. Pregerson. There is no appearance by the defendant. The Court hears oral argument and takes the Motion for Default Judgment as to James A Mattatall 20 under submission. Court Reporter: n/a. (pbap, ) (Entered: 04/12/2004) |
| 04/06/2004 | 24 | INJUNCTION ORDER by Judge Dean D. Pregerson that Defendant James A. Mattatall is restrained and enjoined from directly or indirectly: (a) Organizing or selling abusive tax shelters, plans, or programs that advise or encourage taxpayers to attempt to evade the assessment or collection of their correct federal tax. FURTHER ORDERED, that Defendat James A. Mattatall provide within 10 days a complete list of his clients. (Made JS-6. Case Terminated.) **see document for further details** (pbap, ) (Entered: 04/08/2004) |
| 04/19/2004 | 26 | REQUEST for Leave to Correct Clerical Mistakes in Injunction Entered on 4/16/04 filed by Plaintiff United States of America. (pbap, ) (Entered: 04/23/2004) |
| 05/03/2004 | 27 | AMENDED INJUNCTION AND ORDER by Judge Dean D. Pregerson re Injunction 24 (ca, ) (Entered: 05/14/2004) |
| 06/15/2004 | 28 | NOTICE OF DISCREPANCY AND ORDER: by Judge Dean D. Pregerson, ORDERING Letter submitted by Defendant James A Mattatall received on 6/9/04 is not to be filed but instead rejected. Denial based on: communicating letter to the judge. (pj, ) (Entered: 06/17/2004) |
| 06/15/2004 | 29 | NOTICE OF MOTION AND MOTION for Contempt and for second amended injunction filed by Plaintiff United States of America. Motion set for hearing on 8/9/2004 at 10:00 AM before Honorable Dean D. Pregerson. Lodged proposed second amended injunction. (pj, ) (Entered: 06/17/2004) |

7

| Date | No. | Description |
|---|---|---|
| 06/15/2004 | 30 | MEMORANDUM in Support of MOTION for Contempt 29 filed by plaintiff United States of America. (pj, ) (Entered: 06/17/2004) |
| 06/15/2004 | 31 | DECLARATION of NORMA J SCHROCK IN SUPPORT re MOTION for Contempt 29 filed by Plaintiff United States of America. (pj, ) (Entered: 06/17/2004) |
| 07/13/2004 | 32 | MINUTES IN CHAMBERS: MOTION for Contempt is hereby continued to 8/16/2004 at 10:00 AM 29 by Judge Dean D. Pregerson. Court Reporter: None Present. (pj, ) (Entered: 07/14/2004) |
| 08/10/2004 | 33 | NOTICE OF MOTION AND MOTION for vacation of the void injunction order under authority FRCP 60(b)(4) filed by defendant James A Mattatall. Motion set for hearing on 9/20/2004 at 10:00 AM before Honorable Dean D. Pregerson. (pj, ) (Entered: 08/11/2004) |
| 08/12/2004 | 37 | DECLARATION of REVENUE AGENT JAMES D. SZOLLOSI in support re MOTION for Contempt 29 filed by plaintiff United States of America. (pj, ) (Entered: 08/17/2004) |
| 08/13/2004 | 34 | OPPOSITION to MOTION for Order 33 filed by plaintiff United States of America. (pj, ) (Entered: 08/16/2004) |
| 08/16/2004 | 38 | MINUTES Court hears oral argument on MOTION for Contempt and for second amended injunction and takes the matter under submission 29 by Judge Dean D. Pregerson Court Reporter: Beth Esther Zaccaro (pj, ) (Entered: 08/18/2004) |
| 08/17/2004 | 35 | ORDER by Judge Dean D. Pregerson : 29 GRANTING Governments Motion for Contempt and second amended injunction (pj, ) (Entered: 08/17/2004) |
| 08/17/2004 | 36 | SECOND AMENDED INJUNCTION by Judge Dean D. Pregerson,(pj, ) (Entered: 08/17/2004) |
| 08/23/2004 | 39 | SUPPLEMENTAL OPPOSITION to MOTION for Order 33 filed by plainitff United States of America. (pj, ) (Entered: 08/31/2004) |
| 09/15/2004 | 40 | MINUTES: MOTION for vacation of the void injunction order is hereby taken off calendar, the hearing vacated and will be decided without oral argument 33 by Judge Dean D. Pregerson Court Reporter: None Present. (pj, ) (Entered: 09/17/2004) |
| 09/24/2004 | 41 | DECLARATION of ROBERT D METCALFE filed by Plaintiff United States of America. (pj, ) (Entered: 09/28/2004) |
| 09/24/2004 | 42 | REQUEST for Issuance of Arrest Warrant for Defendant James A Mattatall filed by plaintiff United States of America. (el, ) (Entered: 09/29/2004) |
| 09/28/2004 | 44 | MINUTES IN CHAMBERS: The Court GRANTS the United States Request for Issuance of Arrest Warrant for Defendant James A Mattatall. The clerk is ordered to issue a warrant for arrest by Judge Dean D. Pregerson :Court Reporter: None Present. (pj, ) (Entered: 10/01/2004) |
| 09/28/2004 | | WARRANT FOR ARREST as to James Mattatall issued (pj, ) (Entered: 10/01/2004) |
| 09/29/2004 | 43 | ORDER by Judge Dean D. Pregerson : DENYING 33 Defendants Motion to vacate the injunction (pj, ) (Entered: 09/30/2004) |

8

| 10/05/2004 | 45 | NOTICE OF DISCREPANCY AND ORDER by Judge Dean D. Pregerson, ORDERING Motion to compel production, inspection, and copying of documents submitted by Defendant James A Mattatall, received on 9/30/04, is not to be filed but instead rejected. Denial based on: Case closed 4/6/04.(mg, ) (Entered: 10/07/2004) |
|---|---|---|
| 10/05/2004 | 47 | NOTICE OF DISCREPANCY AND ORDER by Judge Dean D. Pregerson, ORDERING Opposition to United States Request for Issuance of Arrest Warrant for defendant James A Mattatall, submitted by Defendant James A Mattatall, received on 9/30/04, is not to be filed but instead rejected. Denial based on: Case closed.(mg, ) (Entered: 10/15/2004) |
| 10/06/2004 | 46 | OPPOSITION to defendants Motion to compel production, inspection and copying of documents filed by plaintiff United States of America. (mg, ) (Entered: 10/07/2004) |
| 10/14/2004 | 48 | RESPONSE to United States Brief in Opposition to defendants motion to compel production, inspection and copying of documents filed by defendant James A Mattatall. (mg, ) (Entered: 10/15/2004) |
| 10/18/2004 | 49 | MINUTES by Judge Dean D. Pregerson: Proceedings: Status Conference. Court, counsel and defendant, in Pro Per, confer re case status. Richard M Callahan, Jr (Federal Indigent Defense Panel) is hereby appointed as stand by counsel. An additional Status Conference is set for 10/25/2004 at 03:00 PM.Court Reporter: N/A. (mg, ) (Entered: 10/19/2004) |
| 10/25/2004 | 50 | MINUTES by Judge Dean D. Pregerson: Proceedings: Additional Status Conference. Court and counsel confer re case / contempt status. An additional Status Conference is hereby set for 11/8/2004 at 03:00 PM. Defendant is released forthwith [D 8458]. Court Reporter: N/A. (mg, ) (Entered: 10/26/2004) |
| 11/15/2004 | 53 | ORDER by Judge Dean D. Pregerson that defendant turn over to plaintiff copies of all documents in his possession, custody, or control which relate to any foreign or domestic trust. Defendant shall turn these records over to plaintiffs counsel within three weeks of the date of this Order. (mg, ) (Entered: 11/17/2004) |
| 11/23/2004 | 54 | WARRANT Returned Executed as to James A Mattatall. (mg, ) (Entered: 11/29/2004) |
| 12/03/2004 | 56 | EX PARTE APPLICATION for an Order compelling witness to produce evidence pursuant to Title 18 USC sec 6001, et seq.; Memorandum of law; declaration of George S Cardona; Exhibit; Proposed Order; filed by plaintiff United States of America. (mg, ) (Entered: 12/10/2004) |
| 12/09/2004 | 55 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING Ex Parte; Order submitted by Plaintiff United States of America received on 12/3/04 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(mg, ) (Entered: 12/10/2004) |
| 12/09/2004 | 57 | ORDER by Judge Dean D. Pregerson granting 56 Ex Parte Application to Compel witness to produce evidence. It is Ordered, pursuant to 18 USC, 6002, that James Mattatall provide the pre-existing documents which he refuses to give or to provide on the basis of his privilege against self-incrimination. It is further Ordered that the act of producing the pre-existing documents he has been ordered to produce, as compelled under this order, or any information directly or indirectly derived from such act, shall |

| | | |
|---|---|---|
| | | not be used against James Mattatall in any criminal case, except that he shall not be exempted by this Order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order. (mg, ) (Entered: 12/10/2004) |
| 12/21/2004 | 58 | RECEIPT OF REPORTERS TRANSCRIPT of proceedings for the following dates: 10/25/04 Court Reporter: Beth E. Zaccaro. (cbr, ) (Entered: 12/28/2004) |
| 12/21/2004 | 59 | TRANSCRIPT filed for proceedings held on 10/25/04. Court Reporter: Beth Zaccaro. (cbr, ) (Entered: 12/28/2004) |
| 03/30/2005 | 61 | NOTICE OF MOTION AND MOTION for Contempt against James A Mattatall, and for Issuance of arrest warrant filed by plaintiff United States of America. Motion set for hearing on 4/25/2005 at 10:00 AM before Honorable Dean D. Pregerson. (mg, ) (Entered: 04/06/2005) |
| 03/30/2005 | 62 | MEMORANDUM in Support of its MOTION for Contempt against James A Mattatall MOTION for Issuance of arrest warrant 61 filed by pliantiff United States of America. (mg, ) (Entered: 04/06/2005) |
| 03/30/2005 | 63 | SECOND DECLARATION of Robert D Metcalfe re MOTION for Contempt against James A Mattatall and for Issuance of arrest warrant 61 filed by plaintiff United States of America. (mg, ) (Entered: 04/06/2005) |
| 04/01/2005 | 60 | MINUTES (IN CHAMBERS ORDER) by Judge Dean D. Pregerson: Counsel and parties are hereby notified that on 3/25/05 a document entitled Abatement of LACV03-7016 USDC for the CDCA was received [see attached]. The Court notes that, although the document was received, the Court takes no further action, because it is unclear what relief, if any, is being requested therein. Court Reporter: None Present. (mg, ) (Entered: 04/04/2005) |
| 04/07/2005 | 64 | FURTHER EVIDENCE in support of Governments MOTION for Contempt 61 filed by plaintiff United States of America. (mg, ) (Entered: 04/12/2005) |
| 04/14/2005 | 65 | RECEIPT OF REPORTERS TRANSCRIPT of proceedings for the following dates: 11/8/04 Court Reporter: Beth Zaccaro. (ghap, ) (Entered: 04/18/2005) |
| 04/14/2005 | 66 | TRANSCRIPT filed for proceedings held on 11/8/04. Court Reporter: Beth E. Zaccaro. (ghap, ) (Entered: 04/18/2005) |
| 04/22/2005 | 68 | NOTICE OF DISCREPANCY AND ORDER: by Judge Dean D. Pregerson, ORDERING Fault, Default, Default Judgment submitted by Defendant James A Mattatall received on 4/21/05 is not to be filed but instead rejected. Denial based on: Case termed.(mg, ) (Entered: 04/29/2005) |
| 04/25/2005 | 67 | MINUTES by Judge Dean D. Pregerson: Court hears oral argument and takes MOTION for Contempt and for Issuance of arrest warrant 61 under submission. Court Reporter: N/A. (mg, ) (Entered: 04/26/2005) |
| 04/28/2005 | 70 | NOTICE OF DISCREPANCY AND ORDER by Judge Dean D. Pregerson, ORDERING Default Judgment submitted by Defendant James A Mattatall received on 4/22/05 is not to be filed but instead rejected. Denial based on: Case termed.(mg, ) (Entered: 05/11/2005) |
| 04/29/2005 | 69 | ORDER by Judge Dean D. Pregerson granting plaintiffs MOTION for Contempt |

10

| | | |
|---|---|---|
| | | against James A Mattatall 61 and orders the Clerk to issue a warrant for the arrest of defendant, James a Mattatall and that he be impisoned until he complies with the Courts orders (mg, ) (Entered: 05/11/2005) |
| 05/26/2005 | 71 | GOVERNMENTS ADDITIONAL EVIDENCE in support of the Courts Order of contempt and incarceration, 69 (mg, ) (Entered: 05/31/2005) |
| 05/27/2005 | 72 | MINUTES OF Status Conference held before Judge Dean D. Pregerson :Court hears oral argument. The defendant is hereby ordered to produce all previously requested documents and related material not later than June 25, 2005.Court Reporter: Maria Bustillos. (jc, ) (Entered: 06/01/2005) |
| 06/01/2005 | 73 | WARRANT Returned executed on 5/6/05 as to James A Mattatall. (mg, ) (Entered: 06/02/2005) |
| 02/11/2009 | 74 | APPLICATION for attorney Michael R. Pahl to Appear Pro Hac Vice (PHV FEE WAIVED.) filed by Plaintiff United States of America. (Attachments: # 1 Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case)(Conte, Robert) (Entered: 02/11/2009) |
| 03/04/2009 | 75 | ORDER by Judge Dean D. Pregerson Granting APPLICATION for attorney Michael R. Pahl to Appear Pro Hac Vice (PHV FEE WAIVED.) 74 by Michael R Pahl to appear on behalf of Plaintiff United States of America.Robert Conte is designated as local counsel. Fee waived. (lc) (Entered: 03/04/2009) |
| 03/26/2009 | 77 | NOTICE OF MOTION AND MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Cotempt of Court filed by Plaintiff United States of America. Motion set for hearing on 4/20/2009 at 10:00 AM before Judge Dean D. Pregerson. (Attachments: # 1 Proposed Order)(Conte, Robert) (Entered: 03/26/2009) |
| 03/26/2009 | 78 | MEMORANDUM in Support of MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Cotempt of Court 77 filed by Plaintiff United States of America. (Conte, Robert) (Entered: 03/26/2009) |
| 03/26/2009 | 79 | DECLARATION of IRS Revenue Officer Knight Support MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Cotempt of Court 77 filed by Plaintiff United States of America. (Conte, Robert) (Entered: 03/26/2009) |
| 03/26/2009 | 80 | DECLARATION of Nshan Tashchyan in Support of MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Cotempt of Court 77 filed by Plaintiff United States of America. (Attachments: # 1 Exhibit 6-7, # 2 Exhibit 8-11, # 3 Exhibit 12-13, # 4 Exhibit 14-17, # 5 Exhibit 18-21)(Conte, Robert) (Entered: 03/26/2009) |
| 03/27/2009 | 81 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: PDF shows that the formal notice of motion portion is Missing (i.e. date, time, before which Judge and courtroom information is missing) RE: MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Cotempt of Court 77 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 03/27/2009) |
| 03/30/2009 | 82 | NOTICE OF MOTION AND Amended MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Contempt of Court filed by Plaintiff United States of America. Motion set for hearing on 4/20/2009 at 10:00 AM before Judge Dean D. |

| | | Pregerson. (Conte, Robert) (Entered: 03/30/2009) |
|---|---|---|
| 03/30/2009 | 83 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents. The following error(s) was found: Wrong event: Motion for order which created duplicate hearing; correct event: notice of motion. Note: clerk has terminated duplicate hearing only. Pending motion is and remains as docket entry #77. RE: Amended MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Contempt of Court 82 . In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. (lc) (Entered: 03/30/2009) |
| 04/07/2009 | 84 | Opposition to MOTION for Order for Arrest and Setting Trial Date for Mattatall's Criminal Contempt of Court 77 filed by Defendant James A Mattatall. (lc) (Entered: 04/10/2009) |
| 04/07/2009 | 85 | DEFENDANTS NOTICE of Termination of his counsel and his intent to seek counsel of his choice filed by defendant James A Mattatall. (lc) (Entered: 04/10/2009) |
| 04/09/2009 | 86 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING defendants resose to motion for arrest order and setting trial date for Mattatalls contempt submitted by Defendant James A Mattatall received on 4/7/09 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (lc) (Entered: 04/10/2009) |
| 04/09/2009 | 87 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING Defendants notice of termination of counsel submitted by Defendant James A Mattatall received on 4/7/09 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (lc) (Entered: 04/10/2009) |
| 04/10/2009 | 88 | NOTICE OF NON-WAIVER OF DUE PROCESS RIGHTS; AFFIDAVIT OF JAMES A MATTATALL filed by defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 89 | REQUEST to Produce bona fides of the Judge(Dean D Pregerson) filed by defendant United States of America. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 90 | OBJECTIONS for lack of ratification of commencement affidavit of James a Mattatall filed by Defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 91 | REQUEST for the plaintiff to Produce the real party in interest filed by defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 92 | REQUEST for government to prove all elements of its jurisdiction filed by defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 93 | REQUEST for findings of fact and law on all claims affidavit of James Arnold Mattatall filed by defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 94 | REQUEST to Produce master file and all IRS records; affidavit of James Arnold Mattatall filed by defendant James A Mattatall. (lc) (Entered: 04/13/2009) |
| 04/10/2009 | 113 | First REQUEST for Admissions filed by Defendant James A Mattatall. (sch) (Entered: 08/17/2009) |
| 04/15/2009 | 95 | EX PARTE APPLICATION to Continue Hearing Date from April 20, 2009 to May 4, |

12

|  |  | 2009 at 10:00 am filed by plaintiff United States of America. (Attachments: # 1 Proposed Order)(Conte, Robert) (Entered: 04/15/2009) |
|---|---|---|
| 04/15/2009 | 96 | ORDER GRANTING Ex Parte Application of Defendant United States To Continue Hearing Date 95 by Judge Dean D. Pregerson. IT IS HEREBY ORDERED that: The plaintiffs ex parte application is hereby granted. Accordingly, the hearingm date on the governments motion is continued from April 20, 2009, at 10:00 a.m., to May 4, 2009, at 10:00 a.m. (sch) (Entered: 04/15/2009) |
| 04/15/2009 | 97 | REQUEST FOR POSTPONEMENT OF 4/20/09 Hearing to 5/18/09 filed by plaintiff James A Mattatall. (lc) (Entered: 04/16/2009) |
| 04/17/2009 | 98 | MINUTES (IN CHAMBERS) by Judge Dean D Pregerson :The Court GRANTS the REQUEST FOR POSTPONEMENT 97 . Therefore, the MOTION FOR ORDER FOR ARREST AND SETTING TRIAL DATE FOR MATTATALL'S CRIMINAL CONTEMPT OF COURT 77 ) is hereby continued from May 4, 2009 to May 18, 2009 at 10:00 a.m. (Case Reopened. MD JS-5) (lc) Modified on 4/17/2009 (lc, ). (Entered: 04/17/2009) |
| 04/17/2009 | 99 | REPLY filed by Plaintiff United States of America to Order on Request to Continue, 98 , REQUEST to Continue 4/20/09 from 4/20/09 to 5/18/09 97 (Conte, Robert) (Entered: 04/17/2009) |
| 05/12/2009 | 100 | REQUEST to Dismiss the proceeding with prejudice due to lack of an Article III Judge and request for jury trial. filed by defendant James A Mattatall. (lc) (Entered: 05/12/2009) |
| 05/12/2009 | 101 | MINUTES (IN CHAMBERS) by Judge Dean D. Pregerson: COUNSEL AND PARTIES ARE NOTIFIED that the REQUEST TO DISMISS THE PROCEEDING WITH PREJUDICE DUE TO LACK OF AN ARTICLE III JUDGE AND REQUEST FOR JURY TRIAL 100 (FILED ON 05-12-09) isdenied in part. The REQUEST TO DISMISS THE PROCEEDING WITH PREJUDICE DUE TO LACK OF AN ARTICLE III JUDGE is plainly frivolous and is hereby denied. The REQUEST FOR JURY TRIAL shall be heard in conjunction with the MOTION FOR ORDER FOR ARREST AND SETTING TRIAL DATE FOR MATTATALL'S CRIMINAL CONTEMPT OF COURT on Monday, May 18, 2009 at 10:00 a.m. (lc) (Entered: 05/12/2009) |
| 05/12/2009 | 114 | NOTICE OF ADMITTED FACTS filed by Defendant James A Mattatall. (sch) (Entered: 08/17/2009) |
| 05/14/2009 | 102 | REQUEST for Clalrification of court order of 5/12/09; affidavit of Jaems A Mattatall filed by defendant James A Mattatall. (lc) (Entered: 05/15/2009) |
| 05/18/2009 | 103 | MINUTES OF Motion Hearing held before Judge Dean D. Pregerson: Granting in part and denying in part 77 Motion for Order; Court Trial set for 9/15/2009 at 9:00 AM, and the Order for Arrest is VACATED. Status Conference RE COUNSEL is set for 6/22/2009 at 10:00 AM before Judge Dean D. Pregerson. (see minute order for details). Court Reporter: Maria Bustillos. (tad) (Entered: 05/18/2009) |
| 05/18/2009 | 104 | NOTICE of Transfer of Jurisdiction of this case to the 9th Circuit Court of appeals on 5/15/09 filed by defendant James A Mattatall. (lc) (Entered: 05/19/2009) |
| 06/02/2009 | 105 | ORDER from 9th CCA filed, CCA # 09-71503. Petitioner has not demonstrated that |

13

| | | |
|---|---|---|
| | | this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. Accordingly, the petition is denied. The motion to proceed in forma pauperis is denied as moot. Order received in this district on 6/2/09. (car) (Entered: 06/03/2009) |
| 06/09/2009 | 106 | NOTICE of Admitted Facts related to this case. Since the government did not respond to request for admissions, and this case is listed as a civil case, the government ahs now, by lack of reponse, admitted the facts onthe record filed by defendant James A Mattatall. (lc) (Entered: 06/10/2009) |
| 06/09/2009 | 107 | NOTICE of Structural Error filed by defendant James A Mattatall. (lc) (Entered: 06/10/2009) |
| 06/22/2009 | 108 | MINUTES OF Status Conference re counsel held before Judge Dean D. Pregerson: Court, defendant in Pro Per and counsel confer re case status. The Court defines Richard Callahan, Jr.s role in this case as advisory counsel.Court Reporter: Maria Bustillos. (lc) (Entered: 06/22/2009) |
| 08/12/2009 | 109 | MOTION to Dismiss Case filed by Plaintiff James A Mattatall. Motion set for hearing on 8/31/2009 at 10:00 AM before Judge Dean D. Pregerson. (tad) (Entered: 08/12/2009) |
| 08/13/2009 | 111 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING First Request for Admission submitted by Defendant James A Mattatall received on 4/10/09 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (lom) (Entered: 08/17/2009) |
| 08/13/2009 | 112 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING Notice of Admitted Facts submitted by Defendant James A Mattatall received on 5/12/09 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk. (lom) (Entered: 08/17/2009) |
| 08/14/2009 | 110 | NOTICE of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b) filed by Plaintiff United States of America. *United States' Notice of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b)* (Conte, Robert) (Entered: 08/14/2009) |
| 08/17/2009 | 115 | MEMORANDUM of Points and Authorities in Opposition filed by Plaintiff United States of America. *United States' Memorandum of Points and Authorities in Opposition to Mattatall's Motion to Dismiss Based on Fraud by the Government* Re: MOTION to Dismiss Case 109 (Conte, Robert) (Entered: 08/17/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2009 10:30:09 | | | |
| PACER Login: | us4090 | Client Code: | |
| Description: | Docket | Search | 2:03-cv-07016-DDP-PJW |

14

|  | Report | Criteria: | End date: 8/21/2009 |
|---|---|---|---|
| Billable Pages: | 8 | Cost: | 0.64 |

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012. On **Aug. 21, 2009**, I served

Motion to Take Judicial Notice of Certain Documents, Orders and Pleadings Filed in the Case Notice Thereof

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid as shown in the Service list. SEE ATTACHED.

Date of mailing: **Aug. 21, 2009.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **Aug. 21, 2009,** Los Angeles, California.

MARIA-LUISA Q. BULLARD

USA V. MATTATALL
Case No.: CV 03-07016 DDP(PJWx)

SERVICE LIST:

James A. Mattatall
1880 W. Carson Street
Suite F-349
Torrance, CA 90503