UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 03-07016 DDP (PJWx)                          Dated: August 24, 2009

Title:   UNITED STATES OF AMERICA -v- JAMES A. MATTATALL
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    <u>John A. Chambers</u>                                        <u>None Present</u>
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                                  None

PROCEEDINGS:            MINUTE ORDER (IN CHAMBERS)


    **COUNSEL AND PARTIES ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE FILED BY PLAINTIFF JAMES A MATTATALL (FILED ON 08-11-09) set for August 31, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                  Initials of Deputy Clerk: JAC
CIVIL -- GEN