# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
SEP - 3
9-3-09
CENTRAL DISTRICT OF CALIF.
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __DDP__

From: __Amy Grageva__, Deputy Clerk    Date Received: __9/3/2009__

Case No.: __CV03-7016 DDP (PJWx)__   Case Title: __USA v. Mattatall__

Document Entitled: __Motion to Dismiss for Concealment of Evidence__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☒ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
☐ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__9-3-09__                                    __/s/ Don D. Pregerson__
Date                                          U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                               _____
Date                                          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)           NOTICE OF DOCUMENT DISCREPANCIES

GPO: U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579