UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 03-07016 DDP (PJWx)                              Dated: September 3, 2009

Title:      UNITED STATES OF AMERICA -v- JAMES A. MATTATALL
==================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                           None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                       None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL AND PARTIES ARE NOTIFIED** that MOTION TO DISMISS FOR CONCEALMENT OF EVIDENCE (FILED ON 09-03-09) was addressed in the ORDER DENYING MOTION TO DISMISS (FILED ON 09-03-09) and, therefore, is hereby denied.


MINUTES FORM 11                                     Initials of Deputy Clerk   JAC
CIVIL -- GEN