UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 03-07016 DDP (PJWx)                                Dated: September 3, 2009

Title:   UNITED STATES OF AMERICA -v- JAMES A. MATTATALL
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION IN LIMINE FOR EVIDENCE COURT FILED DOCUMENTS AND PLEADINGS FILED BY PLAINTIFF UNITED STATES OF AMERICA (FILED ON 08-21-09) set for September 14, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                      Initials of Deputy Clerk: JAC
CIVIL -- GEN