GEORGE S. CARDONA
Acting United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT CONTE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-6607/2454
Facsimile:  (213) 894-0115
robert.conte@usdoj.gov

MICHAEL R. PAHL
Mn. Bar. No. 0234539
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6488
Facsimile:  (202) 514-6770
michael.r.pahl@usdoj.gov
Attorney for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| United States,<br><br>            Plaintiff,<br><br>v.<br><br>James A. Mattatall,<br><br>            Defendant. | Case No. CV03-07016<br>DDP (PJWx)<br><br>Ex Parte Application to Advance Hearing Date For Government's Motion To Quash Criminal Trial Subpoenas; Declaration<br><br>Criminal Contempt<br><br>Proposed Order Filed Herewith<br><br>Judge Dean D. Pregerson |

4533336.1

The government hereby applies ex parte for an order advancing the hearing date on its Motion to Quash Criminal Trial Subpoenas to September 14, 2009, at 10:00 a.m., in Courtroom 3 of the U.S. Courthouse, 312 N. Spring Street, Los Angeles, California. Trial is scheduled in this matter for September 15, 2009, at 9:00 a.m.

This application is based on the attached declaration of government counsel Robert Conte. On September 3, 2009, government counsel attempted to contact defendant regarding this application at the telephone number listed on his pleadings, leaving a voice message for defendant. No response has been received.

### Declaration of Robert Conte

I, Robert Conte, declare:

1. I am one of the government trial counsel assigned to this case. On August 28, 2009, defendant or his agent hand delivered four criminal trial subpoenas to the Tax Division of the United States Attorney's Office, Los Angeles, California. The subpoenas were issued to four government counsel, Robert Conte, Sandra Brown, Michael Pahl, and Thomas O'Brien (Mr. O'Brien has since left the government).

2. The subpoenas seek testimony and alleged government records. The government has filed a motion to quash these subpoenas.

3. Trial in this matter is scheduled for September 15, 2009, at 9:00 a.m.

4. It is in the interest of justice to have the government's motion heard in advance of trial.

5. The government requests that the motion be heard on Monday, September 14, 2009, at 10:00 a.m. The government's Motion for Judicial Notice is also presently scheduled for September 14, 2009, at 10:00 a.m.

///

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct and that this declaration was executed at Los Angeles, California.

/S/

ROBERT CONTE

DATED: September 4, 2009.

GEORGE S. CARDONA
Acting United States Attorney

/S/

ROBERT F. CONTE
Assistant United States Attorney

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **September 4, 2009**, I served **Exparte Application and Order to Advance Hearing Date for Government's Motion to Quash Criminal Trial Subpoenas; Decl.** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **September 4, 2009**

Place of mailing: Los Angeles, California.

**James A. Mattatall**
1880 West Carson Street #F-349
Torrance, CA 90503

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 4, 2009**, Los Angeles, California.

/s/
**Amanda Carrillo**