O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 03-07016 DDP (PJWx) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING GOVERNMENT'S** |
| ) | **MOTION TO TAKE JUDICIAL NOTICE OF** |
| v. ) | **CERTAIN DOCUMENTS, ORDERS, AND** |
| ) | **PLEADINGS FILED IN THE CASE** |
| JAMES A. MATTATALL, ) | |
| ) | [Motion filed on August 21, 2009] |
| Defendant. ) | |
| _____ ) | |

    Defendant James A. Mattatall has been charged with criminal contempt for willfully violating the Second Amended Injunction (SAI) entered against him on August 17, 2004.  The SAI prohibits Defendant from preparing federal income tax returns for other persons and from representing other persons before the Internal Revenue Service (IRS), among other things.

    The Government has filed this motion requesting that the Court take judicial notice of its own records, specifically: (1) the Order granting the Government's request for the SAI, and the SAI, both filed on August 17, 2009 (docket nos. 35 & 36); (2) the Order denying Defendant's motion to vacate the injunction filed on September 29, 2004, (docket no. 43); (3) the Minutes (with attachment) noting receipt of Defendant's document entitled

1  "Abatement of LACV 03-7016" filed on April 1, 2005, (docket no.
2  60); (4) the Order granting the Government's motion for contempt
3  filed on April 29, 2005, (docket no. 69); (5) Defendant's
4  miscellaneous documents and notices filed on April 10, 2009,
5  (docket nos. 88-94); and (6) Defendant's Request to Dismiss the
6  Proceedings filed on May 12, 2009, (docket no. 100).

7       The Court may take judicial notice of facts "not subject to
8  reasonable dispute" because they are "capable of accurate and ready
9  determination by resort to sources whose accuracy cannot reasonably
10 be questioned." FED. R. EVID. 201. It is "well established that a
11 court may take judicial notice of its own records." See United
12 States v. Author Servs., Inc., 804 F.2d 1520, 1523 (9th Cir. 1986)
13 (citing Shuttlesworth v. City of Birmingham, 394 U.S. 147, 157
14 (1969)), amended by 811 F.2d 1264 (9th Cir. 1987), overruled on
15 other grounds by United States v. Jose, 131 F.3d 1325 (9th Cir.
16 1997).

17      For the foregoing reasons, the Court grants in its entirety
18 the Government's Motion to Take Judicial Notice.
19 IT IS SO ORDERED.

22 Dated: September 4, 2009

                                    DEAN D. PREGERSON
                                    United States District Judge

2