FILED

James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

2009 SEP -4 PM 2: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | © 2009 |
|     Plaintiff | C.A. No. CV03-07016 DDP (PJWx) |
|     v. | |
| JAMES A. MATTATALL | **Verified** |
|     Defendant | |

**Objection to Moving Hearing to Quash the Subpoenas and Request for Stay of Trial Pending Hearing on Objections.**

    Comes now, James. A Mattatall, Defendant pro se, and hereby requests for an enlargement of time for trial, due to the Sept. 4th, 2009 telephone notice by the government that they intend to move to quash the subpoenas on Sept. 14th, 2009, ten days from today and only one day before trial of Sept. 15th, 2009.

    I was told by the clerk of the court that local rules require 21 days for scheduling of motions for hearings.

    Defendant considers these subpoenas material to proving his innocence in this case and the attempt by the government to quash these subpoenas, without proper opportunity to respond, would be a violation of due process. See 5th Amendment to the Constitution.

1    Therefore, Defendant objects to government's short notice to quash the subpoenas

2  and hereby requests a hearing on the motion to quash the subpoenas and a postponement

3  of the trial, pending rehearing and resolution on the motions.

4

5    Respectfully submitted this 4th day of September, 2009.

6

7

8                                           James Arnold: Mattatall

9

10

11                              **VERIFICATION**

12    I certify the foregoing is true and correct under the penalty of perjury pursuant to

13  28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the

14  facts stated herein, and that I am fully competent to testify to those facts.

15

16

17                                           James Arnold: Mattatall

18

19

20

21

22

23

24

25

26

27

28

1

2                        **CERTIFICATE OF SERVICE**

3

4        On this 4th day of September, 2009, a true and correct copy of this Response,

5    **MOTION FOR GOVERNMENT TO PROVE ALL ELEMENTS OF ITS**

6    **JURISDICTION,** was sent to the opposing attorneys of record by first class mail,

7    postage prepaid or better.

8

9

10                                    James Arnold: Mattatall

11

12    THOMAS P. O'BRIEN              Certified Mail Number: 7009 0960 0001 1154 0818
      United States Attorney
13    SANDRA BROWN
      Assistant United States Attorney
14    ROBERT CONTE
      Assistant United States Attorney
15    Federal Building, Room 7211
      300 North Los Angeles Street
16    Los Angeles California  90012

17    MICHAEL R. PAHL               Certified Mail Number: 7009 0960 0001 1154 0801
      Mn. Bar. No. 0234539
18    Trial Attorney, Tax Division
      U.S. Department of Justice
19    Post Office Box 7238
      Ben Franklin Station
20    Washington, D.C.  20044

21

22

23

24

25

26

27

28