UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 03-07016 DDP (PJWx)                    Dated: September 9, 2009

Title:   UNITED STATES OF AMERICA -v- JAMES A. MATTATALL
=====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                           None Present
   Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                       None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   **COUNSEL AND PARTIES ARE NOTIFIED** that the EX PARTE APPLICATION FOR HEARING TO ADVANCE HEARING DATE TO QUASH CRIMINAL TRIAL SUBPOENAS is hereby granted.  In addition, the MOTION TO QUASH SUBPOENA CRIMINAL TRIAL SUBPOENAS now set for September 14, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                       Initials of Deputy Clerk: JAC
CIVIL -- GEN