1   GEORGE S. CARDONA
    Acting United States Attorney
2   SANDRA BROWN
    Assistant United States Attorney
3   Chief, Tax Division
    ROBERT CONTE
4   Assistant United States Attorney
    Federal Building, Room 7211
5   300 North Los Angeles Street
    Los Angeles, California 90012
6   Telephone: (213) 894-6607/2454
    Facsimile:   (213) 894-0115
7   robert.conte@usdoj.gov

8   MICHAEL R. PAHL
    Mn. Bar. No. 0234539
9   Trial Attorney, Tax Division
    U.S. Department of Justice
10  Post Office Box 7238
    Ben Franklin Station
11  Washington, D.C. 20044
    Telephone: (202) 514-6488
12  Facsimile:  (202) 514-6770
    michael.r.pahl@usdoj.gov
13  Attorney for the United States

14          IN THE UNITED STATES DISTRICT COURT FOR THE
                CENTRAL DISTRICT OF CALIFORNIA
15                    WESTERN DIVISION

16  United States,                          )
                                            )
17                                          )
                    Plaintiff,              )
18                                          )
    v.                                      )    Case No.  CV03-07016
19                                          )       DDP (PJWx)
                                            )
20  James A. Mattatall,                     )    United States' Reply to
                                            )    Defendant's Opposition to
21                                          )    Motion to Quash and Request
                    Defendant.              )    to Stay Trial
22                                          )
                                            )
23                                          )    Hearing: September 14, 2009
                                            )    10:00 a.m.
24                                          )    Courtroom: No. 3, 2nd Floor
                                            )
25                                          )    Judge Dean D. Pregerson

26

27

28

                                                                    4617068.1

**Introduction**

On August 28, 2009, approximately 17 days before trial in this matter, defendant hand delivered four frivolous trial subpoenas to government counsel. The government has moved to quash the subpoenas, requesting a hearing on September 14, 2009, at 10:00 a.m.  Now defendant complains that he has insufficient time to respond to the government's motion, and prepare for trial. Defendant further requests that the trial, now scheduled for September 15, 2009, be postponed.  However, because the defendant's trial subpoenas are frivolous, and because the defendant's circumstance is of his own making, the court should quash the subpoenas and proceed with trial on September 15, 2009.

**Facts**

On March 26, 2009, the United States moved for an order of arrest and to set a trial date for defendant Mattatall's criminal contempt of court.  On May 18, 2009, the Court granted the United States' motion, made a finding of probable cause of criminal contempt, notified Mattatall of his right to counsel to defend himself against the criminal contempt charges, and set trial on the criminal contempt charges for September 15, 2009.  On June 22, 2009, the Court held a status conference .

On August 28, 2009–approximately two weeks before trial–defendant issued criminal trial subpoenas to the government lawyers assigned to prosecute this case. The United States has objected to these frivolous subpoenas, and has moved for them to be quashed, requesting a hearing date on September 14, 2009, at 10:00 a.m., so that the issue of the validity of the subpeonas can be resolved before trial.

As part of its trial preparation, the United States has subpoenaed a number fact witnesses to testify on September 15, 2009.  The government anticipates that these witnesses will testify, among other things, that defendant prepared their federal tax returns after the Second Amended Injunction (SAI) was entered.  The

4617068.1

1    United States has also subpoenaed a retired IRS special agent to testify regarding

2    statements made by Mattatall about his knowledge of the SAI.

3          The United States will also call an IRS revenue officer from Las Vegas,

4    Nevada to recount how Mattatall appeared before her after the SAI had been

5    entered and represented a customer whose returns were under examination by the

6    IRS.  The United States has arranged for this witness to fly to Los Angeles for trial.

7

8                                              **Argument**

9          Mattatall has caused the circumstance he now finds himself in.  Defendant

10   issued his frivolous subpoenas 17 days before trial, knowing that the government

11   would object to them.  He also made the decision to represent himself in this

12   matter, dismissing the court's suggestion that appointed counsel could provide him

13   with necessary assistance in preparing for trial.  To the extent that defendant is

14   complaining that he has insufficient time to respond to the government's motion to

15   quash, that circumstance is of his own making.

16         Further, defendant should not be permitted to use his frivolous subpoenas to

17   postpone the trial.  Defendant has not shown how his subpoena requests relating to

18   "registered names, Public Law 80-772, birth certificates of agents, payroll records

19   of the assigned Judge, and bonuses paid to prosecutors" and other frivolous

20   requests will produce relevant information necessary to his defense.[1]  See

21   defendant's trial subpoenas attached to government's motion to quash.

22         Finally, Mattatall has failed to set forth any factual basis justifying a

23   continuance of trial other than his self-serving statement that he "considers the

24

25

26   _____

27          [1]If the court finds that defendant's subpoena requests are valid, which the
     government does not believe they are,  the government will prepare its responses and
     deliver them to defendant.  At that point, it may be necessary for the court to delay the
28   trial so that the defendant has sufficient time to review the materials produced.

subpoenas material to proving his innocence in this case."[2]

The Ninth Circuit has set forth four salient factors to consider when reviewing a district court's broad discretion regarding requests for continuances: (1) the extent of the defendant's diligence in his efforts to ready his defense prior to the date set for hearing; (2) the usefulness of the continuance; (3) the extent to which granting the continuance would have inconvenienced the court and the opposing party, including its witnesses; and (4) the extent to which the defendant might have suffered harm as a result of the district court's denial.[3]

Mattatall has not set forth any facts justifying a continuance under these factors. As to the first factor, despite having court appointed advisory counsel, Mattatall has failed to exercise reasonable diligence, instead waiting until the eleventh hour to subpoena government counsel. As to the second factor, because the underlying subpoenas are frivolous, no purpose would be served by granting a continuance. Regarding the third factor, granting a continuance would inconvenience the court, opposing counsel, and its witnesses.

As to the fourth factor, Mattatall has not shown how he will be prejudiced. Although not required to reveal his defense before trial, defendant must articulate with some specificity why and how he will be prejudiced if the court proceeds with trial on September 15, 2009. The blanket assertion that the information requested in his subpoenas will prove "his innocence in this case" is not enough.

It is clear that Mattatall has subpoenaed government counsel in the eleventh hour not to obtain information in support of a valid defense to the contempt charges he faces, but rather to delay trial and further his bogus tax-protestor

---

[2]Defendant's Opposition at 1.

[3]See United States v. Mejia, 69 F.3d 309, 314-15 (9th Cir. 1995).

4617068.1

1  agenda.  Defendant's tax-protestor agenda, however, should not win the day here.

2  Because Mattatall has not shown how the information he seeks is relevant to his

3  defense and because he has not articulated any valid reason why proceeding with

4  trial on September 15, 2009, will prejudice him, his objection should be denied,

5  and this case should proceed to trial on September 15, 2009.

6         DATED: September 9, 2009.

7

8                                    GEORGE S. CARDONA
                                     Acting United States Attorney
9
                                     s/Michael R. Pahl
10                                   MICHAEL R. PAHL
                                     Trial Attorney, Tax Division
11                                   U.S. Department of Justice
                                     Post Office Box 7238
12                                   Ben Franklin Station
                                     Washington, D.C.  20044
13                                   Telephone: (202) 514-6488

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        5                            4617068.1

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **September 9, 2009**, I served **US Reply to Defendant's Opposition to Motion to Quash and Request to Stay Trial**  on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  Date of mailing: **September 9, 2009**

Place of mailing: Los Angeles, California.

**James A. Mattatall**
1880 West Carson Street #F-349
Torrance, CA 90503


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **September 9, 2009**, Los Angeles, California.

/s/ _____
**Amanda Carrillo**