# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
SEP - 9 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __DDP__

From: __John S._____, Deputy Clerk    Date Received: __9/8/09__

Case No.: __CV03-7016-DDP(PJWx)__ Case Title: __USA v. Matthall__

Document Entitled: __Mtn to Dismiss (Cumberland), Mtn to Dismiss (Alt II), Mtn to Lodge 4 USC Sec 72, Mtn to Strike Govt Objections, Mtn for Production__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☒ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: _____

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

__SEP - 9 2009__                                   _/s/ Dean D. Pregerson_
Date                                                U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

_____                                  _____
Date                                                U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)                NOTICE OF DOCUMENT DISCREPANCIES

GPO: U.S. GOVERNMENT PRINTING OFFICE. 2007 672-579

1  James Arnold: Mattatall
   1880 West Carson Street, #F-349
2  Torrance, California
   (310) 530-6306
3

4

5

6              UNITED STATES DISTRICT COURT

7          FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                    WESTERN DIVISION

9

| 10 | UNITED STATES OF AMERICA | © 2009 |
|----|--------------------------|--------|
| 11 | Plaintiff | |
| 12 | v. | C.A. No. CV03-07016 DDP (PJWx) |
| 13 | JAMES A. MATTATALL | **Done by Affidavit** |
| 14 | Defendant | **Verified** |
| 15 | | Hearing Date: Monday, September 14, 2009, 10:00 AM |
| 16 | | Courtroom: 3, Second Floor<br>Judge D. Pregerson |

17

18  **MOTION TO DISMISS DUE TO CHALLENGE FOR LACK OF TERRITORIAL JURISDICTION AND DEMAND FOR A HEARING**
19

20  Monday, September 14, 2009, 10:00 AM

21  AFFIDAVIT OF James Arnold: Mattatall

22      Comes now Defendant, James A. Mattatall, pro per, and hereby moves the court

23  to dismiss this case for lack of territorial jurisdiction and moves for a hearing on the

24  matter within 10 days after the 21 day response period required for the government

25  according to local rules, prior to trial.

26      Defendant requests the court to take mandatory judicial notice of the law and

27  statutes which prove this claim pursuant to F.R.E. 201.

28

Page 1 of 11

RECEIVED BUT NOT FILED
SEP - 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA