1  James Arnold: Mattatall
   1880 West Carson Street, #F-349
2  Torrance, California
   (310) 530-6306
3

FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4

5

6              UNITED STATES DISTRICT COURT

7          FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                  WESTERN DIVISION

9

| 10 | UNITED STATES OF AMERICA | © 2009 |
| 11 | Plaintiff | C.A. No. CV03-07016 DDP (PJWx) |
| 12 | v. | **Done by Affidavit** |
| 13 | JAMES A. MATTATALL | **Verified** |
| 14 | Defendant | Hearing Date: |
| 15 | | Monday, September 14, 2009, 10:00 AM |
| 16 | | Courtroom: 3, Second Floor |
| | | Judge D. Pregerson |

17

18    **MOTION TO DISMISS FOR LACK OF ARTICLE III JURISDICTION AND**
           **DEMAND FOR HEARING ON THIS MOTION**
19

20  Monday, September 14, 2009, 10:00 AM

21       Comes now Defendant, James A. Mattatall, and hereby moves the court to

22  dismiss this case based on admissions by the court and the government that the

23  Defendant is not before an Article III court and moves this court for a  hearing on this

24  motion, before trial.

25       On April 9, 2009, Defendant had requested the court to produce certain facts to

26  prove whether this court is an Article III court as required by the Constitution, including

27  the oath of office of the judge in this case.  The evidence supporting this is as follows:

28  following:

RECEIVED
BUT NOT FILED

SEP - 8 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

a)  The Senate Judiciary Committee had previously sent a letter advising that there was no oath on file for judge in this case. See Docket # 100.

b)  The Defendant had received evidence that the judges in this court system take Form 61 commissioner's oaths and had submitted requests for the judge in this case to identify this court and produce his oath for the record.

c)  The Constitution requires that, for a judge in a federal court to be an Article III judge, he/she must perform 3 tasks: 1) Be confirmed by the President; 2) Be in good standing; 3) Never have his/her pay diminished. See Article III of the Constitution. In this case, the judge cannot prove that his/her pay was not diminished and therefore, even if he/she could produce a valid oath, cannot prove he/she is an Article III judge.

d)  Existing case law does not allow a Non Article III judge to sentence under the proposed legislation promulgated by the government in this case.

On 06/22/2009, the court labeled the Defendant, a pro se petitioner, protected by the "Pro Se Rule" and the "Do No Harm Rule' as determined by the Supreme Court, having filed "frivolous filings", but the court gave no findings of fact and law in support of its contention.

On 08/29/2009, the government jumped on the court's back, in an attempt to slam a pro se Petitioner without providing proper statutory authority or case citations in support of their contentions.

The evidence establishes that the only way the Petitioner's Constitutional requests could be labeled "frivolous", would be if such requests were placed upon a non Article III Court because, if the court was indeed an Article III court, then the requests could not be determined frivolous without making proper findings of fact and law. The only logical legal conclusion that can be reached is that the actions of the court and the government in labeling "frivolous" the request to comply with the Constitution of the United States in this matter is that the court is not an Article III court.

**Conclusion**

Based on the response by the court and the government in this case, prima facie evidence now exists that this court is not an Article III court. Therefore, the Defendant moves to dismiss this complaint because Defendant is not before an Article III judge in an Article III court, therefore lacking proper judicial authority.

**Prayer for Relief**

Wherefore, Premises considered, Defendant moves the court to:

a. Determine its authority according to statute and Constitution to proceed in this case

b. Order a hearing on this motion according to local rules, prior to trial

c. Order a dismissal of this case with prejudice based on the fact that this court has no jurisdiction as it is not an Article III court

d. Grant such and further relief as the court deems proper and necessary

Respectfully submitted this 8th day of September, 2009.


James Arnold: Mattatall


**CERTIFICATION UNDER PENALTY OF PERJURY**

I, James Arnold: Mattatall, certify on this the 8th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.


James Arnold: Mattatall

**VERIFICATION**

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

James Arnold: Mattatall

1

**CERTIFICATE OF SERVICE**

2

3      On this 8th day of September, 2009, a true and correct copy of this Motion,

4  **MOTION TO DISMISS FOR LACK OF ARTICLE III JURISDICTION**

5  **AND DEMAND FOR HEARING ON THIS MOTION,** was sent to the

6  opposing attorneys of record by first class mail, postage prepaid or better.

7

8

9                                    _____
                                     James Arnold: Mattatall

10

11  THOMAS P. O'BRIEN          Certified Mail Number: <u>7009 0960 0001 1154 0924</u>
    United States Attorney
12  SANDRA BROWN
    Assistant United States Attorney
13  ROBERT CONTE
    Assistant United States Attorney
14  Federal Building, Room 7211
    300 North Los Angeles Street
15  Los Angeles California 90012

16  MICHAEL R. PAHL            Certified Mail Number: <u>7009 0960 0001 1154 0931</u>
    Mn. Bar. No. 0234539
17  Trial Attorney, Tax Division
    U.S. Department of Justice
18  Post Office Box 7238
    Ben Franklin Station
19  Washington, D.C. 20044

20

21

22

23

24

25

26

27

28