James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306



FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>v.<br><br>JAMES A. MATTATALL<br><br>    Defendant | © 2009<br><br>C.A. No. CV03-07016 DDP (PJWx)<br><br>**Done by Affidavit**<br><br>**Verified**<br><br>Hearing Date:<br>Monday, September 14, 2009, 10:00 AM<br>Courtroom: 3, Second Floor<br>Judge D. Pregerson |

### MOTION TO INVOKE 4 USC SECTION 72 AND DEMAND FOR A HEARING ON THIS MOTION

Monday, September 14, 2009, 10:00 AM

**A.    Introduction**

Defendant was charged under 26 USC section 7402, a civil statute. The government is now claiming by letter of Michael R. Pahl, Trial Attorney, dated April 20, 2009, which is now part of the record, that they are invoking some secret criminal jurisdiction which is not part of the record. The only case referenced as authority is a district court case outside of this circuit. Under the rule of stare decisis the case cited by the government has no precedent value. Since the government is mysteriously invoking a

RECEIVED
BUT NOT FILED
SEP - 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

criminal jurisdiction and Defendant is scheduled for trial under this mysterious and totally illegal scenario, Defendant hereby invokes **4 USC section 72** and requests mandatory judicial notice be taken pursuant to F.R.E. 201 and moves the court for a hearing before trial.

**B.     The Secretary Has No Jurisdiction Outside of Washington**

The courts have consistently held that the plain language of a statute, unless ambiguous, controls. The IRS has no authority except that exercised by the Secretary in the District of Columbia. Based on the plain language of the statute, this court must dismiss this cause because it has no authority to invoke jurisdiction in this case.

**4 USC Section 72. Public offices; at seat of Government**

"All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law."

**C     Prayer for Relief**

For the reasons invoked previously, Defendant prays that the court:

a.     Take mandatory judicial notice of 4 USC section 72 and the plain language therein.

b.     Order a hearing on this motion before trial.

c.     Dismiss the case with prejudice for the lack of jurisdiction to proceed and declare this reopened case and any sanctions ordered, dismissed with prejudice.

d.     Grant such other and further relief as the court deems just and proper.

Respectfully submitted this 8th day of September, 2009.

James Arnold: Mattatall

## CERTIFICATION UNDER PENALTY OF PERJURY

I, James Arnold: Mattatall, certify on this the 8th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

*[signature]*
James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

*[signature]*
James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 8th day of September, 2009, a true and correct copy of this Motion, **MOTION TO INVOKE 4 USC SECTION 72 AND DEMAND FOR A HEARING ON THIS MOTION**, was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

_____
James Arnold: Mattatall

| | |
|---|---|
| THOMAS P. O'BRIEN<br>United States Attorney<br>SANDRA BROWN<br>Assistant United States Attorney<br>ROBERT CONTE<br>Assistant United States Attorney<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles California 90012 | Certified Mail Number: <u>7009 0960 0001 1154 0924</u> |
| MICHAEL R. PAHL<br>Mn. Bar. No. 0234539<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044 | Certified Mail Number: <u>7009 0960 0001 1154 0931</u> |