```
James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306
```

FILED
CLERK, U.S. DISTRICT COURT
SEP - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JAMES A. MATTATALL<br><br>Defendant | © 2009<br><br>C.A. No. CV03-07016 DDP (PJWx)<br><br>**Done by Affidavit**<br><br>**Verified**<br><br>Hearing Date:<br>Monday, September 14, 2009, 10:00 AM<br>Courtroom: 3, Second Floor<br>Judge D. Pregerson |

**SUPPLEMENTAL MOTION TO DISMISS DUE TO STRUCTURAL ERROR, REQUEST FOR SUBPOENA AND DEMAND FOR A HEARING ON CLAIM**

Monday, September 14, 2009, 10:00 AM

**AFFIDAVIT OF James A. Mattatall**

To the Honorable Court

   Defendant, James A. Mattatall, acting as entered pro per petitioner and lead in this case, provides supplemental authority related to structural error, requests subpoenas for the judge and moves the court to conduct a hearing prior to any trial in this matter.

   **A. INTRODUCTION**

   Defendant previously filed a notice of structural error in this case and requested that the court take notice that the judge in this case is biased by definition. See Docket #107.

RECEIVED BUT NOT FILED
SEP - 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ D

Defendant provides this supplement to his prior motion and moves the court for a hearing related to judicial bias.

Defendant requests the court to take judicial notice of 28 USC section 454 (bias of judges).

Defendant requests the court to take judicial notice of 28 USC section 455 (practicing law from the bench).

In this case Defendant has filed numerous motions which have not been addressed by the court.

Defendant has also not had one motion heard to date with a hearing related to any claim filed by the Defendant.

All actions by the government have been addressed; no actions by the Defendant have been addressed.

The actions by the court violate the "pro se rule" and the "do no harm" rule established by the Supreme Court.

The actions by the court, in granting anything the government requests, including hearings, and in denying or avoiding anything the Pro Se Defendant requests, create a prima facie case of bias in these proceedings.

Since the judge in this case is presumed to file tax returns and pay tax to the government, the bias established in this case is compounded by the inferred pressure on the judge to rule in favor of the IRS/government.

A prima facie case of bias now exists in this case based on the bias created by the above referenced acts and Defendant now demands a hearing prior to any trial, requests subpoenas for records, evidence and testimony and intends to call the judge as a witness to provide records, evidence and testimony in that hearing,

**B. Prayer**

Wherefore, premises considered, Defendant moves the court for a hearing based on the prima facie evidence of bias in this case and requests subpoenas for the judge and his records to determine the bias prior to any trial proceedings.

Respectfully submitted this 8th day of September, 2009.

James Arnold: Mattatall

## CERTIFICATION UNDER PENALTY OF PERJURY

I, James Arnold: Mattatall, certify on this the 8th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 8th day of September, 2009, a true and correct copy of this Motion, **SUPPLEMENTAL MOTION TO DISMISS DUE TO STRUCTURAL ERROR, REQUEST FOR SUBPOENA AND DEMAND FOR A HEARING ON CLAIM**, was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

_____
James Arnold: Mattatall

THOMAS P. O'BRIEN       Certified Mail Number: 7009 0960 0001 1154 0924
United States Attorney
SANDRA BROWN
Assistant United States Attorney
ROBERT CONTE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles California 90012

MICHAEL R. PAHL       Certified Mail Number: 7009 0960 0001 1154 0931
Mn. Bar. No. 0234539
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044