James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

FILED
CLERK, U.S. DISTRICT COURT
SEP -8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff<br><br>v.<br><br>JAMES A. MATTATALL<br><br>   Defendant | © 2009<br><br>C.A. No. CV03-07016 DDP (PJWx)<br><br>**Done by Affidavit**<br><br>**Verified**<br><br>Hearing Date:<br>Monday, September 14, 2009, 10:00 AM<br>Courtroom: 3, Second Floor<br>Judge D. Pregerson |

**MOTION TO STRIKE GOVERNMENT'S OBJECTIONS TO THE REQUEST FOR ADMITTED FACTS AND DEMAND FOR A HEARING ON THIS MOTION**

Monday, September 14, 2009, 10:00 AM

   Comes now Defendant, James A. Mattatall, and hereby moves the court to strike the objections by the Government to Notice of Admitted Facts as Untimely and Improper and without legal authority and moves for sanctions against the government for failure to cite legal authority and moves the court for a hearing prior to trial.

   On April 10, 2009, Defendant filed a request for admissions with the government, requesting that the government admit or deny certain facts of this reopened case, for the purpose of determining whether the government originally had jurisdiction in this case and whether the government had violated the unclean hands doctrine ab initio. See Docket #113.

RECEIVED BUT NOT FILED
SEP -8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  On April 20, 2009, the government responded with a letter to Defendant, stating
2  that this case is now governed by the rules of Criminal Procedure and since the issue was
3  a criminal contempt of court case, that they were not required to respond to the request to
4  identify key issues in this case.  See Appendix A.
5  On 05/12/2009, the Defendant filed a notice of admitted facts with the court,
6  since the government failed to properly and timely respond to the request for admissions.
7  See Docket #114.
8  Now, 3 months later, and past the requirement for timely response, the
9  government comes to the court with hat in hand and requests that the court strike the
10 notice of admitted facts in order to punish a pro se petitioner for attempting to obtain
11 evidence from the government to prove their jurisdiction.  See pro se rule, see do no
12 harm rule.
13 The court should strike the government's motion as untimely and as citing no
14 case law to support its erroneous contention.
15 The notice of admitted facts was filed with the court on 05/12/2009.
16 The response by the government was filed on Aug 28 2009, 108 days after the
17 notice.
18 Now the government, realizing their error, attempts to come to this court and
19 cover up their error.  Whether criminal or civil, the response time is in violation of both
20 Federal Rules of Civil Procedure and Federal Rules of Criminal Procedure.
21 Even the government is required to follow the law.  This Motion by the
22 government should be stricken as untimely and as an attempt to manipulate the
23 jurisdiction of this court.
24 The government stated in their untimely response that "Even if Mattatall was
25 entitled to serve the United States with requests for admission, the requests did not seek
26 information regarding a 'nonprivileged matter that is relevant to any party's claim or
27 defense and were not reasonably calculated to lead to the discovery of admissible
28 evidence.  Instead their requests were frivolous tax protestor discovery.  Plainly, if

discovery was permitted under federal rules of civil procedure the United States would have sought a protective order and sanctions against Mattatall." Government's argument is mere mud slinging and lacks merit because the government need no protective order from questions challenging jurisdiction. Besides, it is not the government's place to decide which information is material for the Defendant. It should be painfully obvious to the court that the government cannot respond to the request for admissions because they cannot provide the answers to allow them to win this case. The government's rhetoric, another smokescreen against a pro se defendant, is nothing more than an attempt from answering simple questions of law and jurisdiction. The government cannot answer those questions, so they attempt to confuse the court with these untimely responses in order to avoid the obvious: The government had and has no jurisdiction in this case. Further proof is established by the government's attempt to quash even the criminal subpoenas requests by a pro se defendant. Answer the questions. The government can not.

Furthermore, not only is the response untimely, but the response cites no legal authority.

See F. 3d 1428, *Ellison v. First Security Leasing*: "…the failure to cite legal authority to support an issue--are primarily counsel's responsibilities and are sanctionable. See 10th Cir. R. 10.3 ("[I]t is counsel's responsibility to see that the record on appeal is sufficient for consideration and determination of the issues on appeal."); cf. *McEnery v. Merit Sys. Protection Bd.*, 963 F.2d 1512, 1516-17 (Fed.Cir.1992) (awarding sanctions on appeal for failing to reference or discuss controlling authority). Thus, IT IS ORDERED that First Security is awarded $500 as sanctions against Ellison's counsel personally, and not against his client."

### Conclusion

Once again the government plays with this court. The government is responsible for knowing the law or where to find it. The government now believes itself above the law and puts so much pressure on the court that it believes the ~~government~~ court (*court*) will ignore

1  the law and rule in favor of the government.
2      Defendant moves the court to strike the government's motion as untimely since it
3  is out of time and, Defendant moves the court to issue sanctions against the government
4  for attempting to impose personal opinions instead of citing case authority, as the court
5  deems just and proper.

**Prayer for Relief:**

Wherefore, premises considered, Defendant moves this court to:

A.  Strike the government's pleadings as untimely;
B.  Strike the government's pleadings as failing to cite case law in support;
C.  Award Defendant sanctions against the government as deemed just and proper by the court;
D.  Grant such other and further relief as the court deems just and proper.

Respectfully submitted this 8th day of September, 2009.

_____
James Arnold: Mattatall

**CERTIFICATION UNDER PENALTY OF PERJURY**

I, James Arnold: Mattatall, certify on this the 8th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

_____
James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

_____
James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 8th day of September, 2009, a true and correct copy of this Motion, **MOTION TO STRIKE GOVERNMENT'S OBJECTIONS TO THE REQUEST FOR ADMITTED FACTS AND DEMAND FOR A HEARING ON THIS MOTION,** was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

_____
James Arnold: Mattatall

| | |
|---|---|
| THOMAS P. O'BRIEN<br>United States Attorney<br>SANDRA BROWN<br>Assistant United States Attorney<br>ROBERT CONTE<br>Assistant United States Attorney<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles California 90012 | Certified Mail Number: <u>7009 0960 0001 1154 0924</u> |
| MICHAEL R. PAHL<br>Mn. Bar. No. 0234539<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044 | Certified Mail Number: <u>7009 0960 0001 1154 0931</u> |



**U.S. Department of Justice**

Tax Division

*Facsimile No. (202) 514-6770*  
*Trial Attorney: Michael R. Pahl*  
*Attorney's Direct Line: (202) 514-6488*

Please reply to:  Civil Trial Section, Central Region  
P.O. Box 7238  
Ben Franklin Station  
Washington, D.C. 20044

JAD:SGH:MRPahl  
5-12C-27406  
CMN2003106134

April 20, 2009

James A. Mattatall  
1880 West Carson Street, *F-349  
Torrance, CA  
(310) 530-6306

    Re:    *United States v. Mattatal*

Dear Mr. Mattatall:

    I have received your First Request for Admissions dated April 10, 2009. A final judgment has been entered in the civil case and the United States has moved to hold you in contempt under Rule 42(a) of the Federal Rules of Criminal Procedure. Thus, this case is governed by the Federal Rules of Criminal Procedure, and you are not entitled to conduct discovery under the Federal Rules of Civil Procedure. For this reason, the United States will not respond to your First Request for Admissions or any discovery propounded under the Federal Rules of Civil Procedure.

                              Sincerely yours,

COPY CERTIFICATION BY  
DOCUMENT CUSTODIAN  
ATTACHED

                              s/Michael R. Pahl  
                              MICHAEL R. PAHL  
                              Trial Attorney  
                              Civil Trial Section, Central Region

    cc:    Robert Conte, Esq.    (by e-mail only)  
            Richard Callahan, Esq. (b e-mail only)

## CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

I, **James Arnold Mattatall**, hereby swear (or affirm) that the attached reproduction of **Re: United States v. Mattatall, dated April 20, 2009** *(Description of Original Document)* is a true, correct and complete photocopy of a document in my possession.

_____
Signature of Custodian of Original Document

**1880 W. Carson St #E-349, Torrance, Cal.**
Address

State of California

County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **11** day of **August**, 20**09**, by **James Arnold Mattatall**, Name of Custodian of Original Document, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

R. COWAN
COMM. #1697830
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Nov. 3, 2010

Signature **R. Cowan**
Signature of Notary Public

Place Notary Seal Above

---— OPTIONAL —---

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**

Title or Type of Document: **U.S. Dept. of Justice - Letter to James A. Mattatall**

Document Date: **April 20, 2009**    Identifying No.: **Exhibit B**    No. of Pages: **One**

Signer(s) or Issuing Agency: **Michael R. Pahl.**

**Capacity Claimed by Custodian**

☒ Individual    ☐ Attorney    ☐ Trustee    ☐ Business Proprietor or Manager

☐ Corporate Officer — Title: _____

☐ University or School Officer — Title: _____

☐ Governmental Officer or Agent — Title: _____

☐ Other: _____

Custodian Is Representing: **Himself**

RIGHT THUMBPRINT OF CUSTODIAN
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5911    Reorder: Call Toll-Free 1-800-876-6827