1  James Arnold: Mattatall
   1880 West Carson Street, #F-349
2  Torrance, California
   (310) 530-6306
3



### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | © 2009 |
| Plaintiff | C.A. No. CV03-07016 DDP (PJWx) |
| v. | **Done by Affidavit** |
| JAMES A. MATTATALL | **Verified** |
| Defendant | Hearing Date:<br>Monday, September 14, 2009, 10:00 AM<br>Courtroom: 3, Second Floor<br>Judge D. Pregerson |

**MOTION FOR PRODUCTION OF DOCUMENTS AND TESTIMONY**
**CERTIFICATION UNDER PENALTY OF PERJURY**

Monday, September 14, 2009, 10:00 AM

Defendant moves this court to issues subpoenas against government attorneys MICHAEL R. PAHL, ROBERT CONTE, SANDRA BROWN, DEBRA W. YANG, EDWARD M. ROBBINS, JR., NORMA J. SCHROCK, and Thomas P. O'Brien, for production of evidence and testimony.

Defendant is currently in pretrial status and moves the court to issues subpoenas so that the Defendant in this case can call the following as witnesses since they have evidence directly related to this case that will show Constitutional violations against

RECEIVED BUT NOT FILED
SEP - 8 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

1  Defendant's rights, according to the 1st, 5th and 6th Amendments.

2  For the reasons stated herein, Defendant moves the court to order MICHAEL R. PAHL, ROBERT CONTE, SANDRA BROWN, DEBRA W. YANG, EDWARD M. ROBBINS, JR., NORMA J. SCHROCK, and Thomas P. O'Brien to appear as witnesses and produce all records in their possession relevant to this case.

Respectfully submitted this 8th day of September, 2009.

James Arnold: Mattatall

## CERTIFICATION UNDER PENALTY OF PERJURY

I, James Arnold: Mattatall, certify on this the 8th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 8th day of September, 2009, a true and correct copy of this Motion, **MOTION FOR PRODUCTION OF DOCUMENTS AND TESTIMONY CERTIFICATION UNDER PENALTY OF PERJURY**, was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

_____
James Arnold: Mattatall

THOMAS P. O'BRIEN  
United States Attorney  
SANDRA BROWN  
Assistant United States Attorney  
ROBERT CONTE  
Assistant United States Attorney  
Federal Building, Room 7211  
300 North Los Angeles Street  
Los Angeles California 90012  

Certified Mail Number: 7009 0960 0001 1154 0924

MICHAEL R. PAHL  
Mn. Bar. No. 0234539  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 7238  
Ben Franklin Station  
Washington, D.C. 20044  

Certified Mail Number: 7009 0960 0001 1154 0931