# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 03-07016 DDP (PJWx) | Date  September 9, 2009 |
| Title | UNITED STATES OF AMERICA -V- JAMES A. MATTATALL | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Present    None Present

Proceedings:    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the MOTION TO DISMISS FOR LACK OF TERRITORIAL JURISDICTION, MOTION TO DISMISS FOR LACK OF ARTICLE III JURISDICTION AND DEMAND FOR HEARING ON THIS MOTION, MOTION TO INVOKE 4 USC SECTION 72 AND DEMAND FOR A HEARING ON THIS MOTION, SUPPLEMENTAL MOTION TO DISMISS DUE TO STRUCTURAL ERROR, REQUEST FOR SUBPOENA AND DEMAND FOR A HEARING ON CLAIM, MOTION TO STRIKE GOVERNMENT OBJECTS TO REQUEST FOR ADMITTED FACTS AND DEMAND FOR A HEARING ON THIS MOTION, MOTION FOR PRODUCTION OF DOCUMENTS AND TESTIMONY CERTIFICATON UNDER PENALTY OF PERJURY all filed on September 8, 2009 [docket number 131 through 136] are plainly frivolous and are hereby DENIED.

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | JAC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.                                Date

Title

Present: The Honorable

    Deputy Clerk            Court Reporter / Recorder            Tape No.

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Proceedings:

                                                                           _____ : _____