FILED

James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

2009 SEP 14 PM 4: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA | © 2009 |
|---|---|
| Plaintiff | C.A. No. CV03-07016 DDP (PJWx) |
| v. | **Done by Affidavit** |
| JAMES A. MATTATALL | **Verified** |
| Defendant | |

NOTICE OF WHISTLEBLOWER PROTECTION

**To: Dean Pregerson**

**Introduction**

Comes now James A. Mattatall, Defendant in the above styled case and notifies the court of his Whistleblower Protection afforded by statutes of the United States. Petitioner incorporates, herein, his Renewed Motion to Dismiss Sent to the Chief Judge of this District.

Defendant in this case has uncovered substantial evidence, based on his 40 years acting in filing federal tax returns, of fraud and misuse by the Internal Revenue Service. Defendant has also uncovered extensive evidence that the Internal Revenue Service has no authority in many cases to collect tax from individuals.

In retaliation for his discovery and for his actions, the government intentionally prosecuted Defendant and deprived Defendant of his livelihood. See Bordenkircher v. Hayes, S.Ct. All of the parties involved from the government have illegally collected salaries, bonuses and benefits from the government in violation of their oaths of offices and their actions in this case. Defendant is now filing a Qui Tam Action for them to have their compensation returned to the government.

Although Defendant attempted to get a fair hearing before a federal court, his case was forwarded to a "friend of the IRS", a judge who handles almost all IRS cases for this district.

Because Defendant can not get the relief allowed by law in this court, Defendant notifies the court that he has filed for Whistleblower status related to the discoveries he has made during his 40 years of practice before the Internal Revenue Service and the illegal actions of the prosecutors and judge in this case.

Those who report a false claim against the federal government, and suffer adverse employment actions as a result, may have up to six years (depending on state law) to file a civil suit for remedies under the U.S. False Claims Act (FCA). Under a *qui tam* provision, the "original source" for the report may be entitled to a percentage of what the government recovers from the offenders. However, the "original source" must also be the first to file a federal civil complaint for recovery of the federal funds fraudulently obtained, and must avoid publicizing the claim of fraud until the U.S. Justice Department decides whether to prosecute the claim itself. Such *qui tam* lawsuits must be filed under seal, using special procedures to keep the claim from becoming public until the federal government makes its decision on direct prosecution.

Federal employees could benefit from the Whistleblower Protection Act, and the

No FEAR Act (which made individual agencies directly responsible for the economic sanctions of unlawful retaliation). Federal protections are enhanced in those few cases were the Office of Special Counsel will uphold the Whistleblower's case.

**Defendant has filed his request for Whistleblower Status with:**

The President of the United States

The Attorney General of the United States

The Inspector General of the United States

The Postmaster General

The Office of Whistleblower Protection

United States Marshal Services

Federal Bureau of Investigation

**Affidavit of James Arnold: Mattatall as relating to the facts in this case:**

"I began my career as a tax preparer in early 1970s working with my father who started his in 1967. I benefitted from his knowledge on tax law and procedures. I was even called as an expert witness on tax issues at federal court hearing a number of years earlier. During the approximately 40 years of representing people, I discovered many discrepancies between IRC, Regulations, misrepresentations on behalf of IRS agents, officers and others representing the IRS. I helped many clients resolve their issues with the IRS, their problems went away and IRS stopped harassing them. I felt that as a licensed Tax Preparer I was helping the government enforce the tax laws in a fair and proper way in line with the requirements of the law itself. However, about 10 years ago, as my client base grew, what worked before in presenting the requirements of the law from the tax code, was no longer honored or complied with by the IRS agents. I questioned relentlessly their behavior on many occasions and filed many notices. I asked the agents if they had a different understanding of the law as reflected in the IRC

(Internal Revenue Code) and almost all the time they did not, but just did not agree with what the law stated. I found that all around the state time the IRS agents stated that it was just my interpretation of the code, even though all I did was read the IRC exactly as written. When I asked what their interpretation was, so I could properly understand how my "interpretation" was wrong, the IRS agents would not answer. It became evident to me that the IRS agents were not aware of the whole picture of the IRC. The IRS agents appeared to be only schooled on limited sections related to the IRC. I found about 70% of the agents did not know their authority for an audit is IRC § 7602. I had to provide the answer for them. I found this true even of a number of supervisors, branch managers and IRS attorneys. I felt it was my moral duty to assist the IRS in the proper application of the law so that my clients would pay the proper amount of taxes, not pay more taxes than allowed by law and to help the IRS agents understand and stay within the operation parameters congress established for the IRS employees, believing the IRS agents were only doing their job and wanted to follow the law.

Around 2002 I decided to represent only private parties and no longer represent tax payers. I did not renew my Tax Preparer's License and chose only private consulting. After surrendering my Tax Preparer license, I found that IRS agents not only did not understand, due to their limited grasp of the IRC, but would make references to me as a tax protester or similar references. I had an IRS attorney ask me if I was going to represent my clients the way the "IRS" wanted it done. He continued with saying that if I did not represent my clients the way they wanted it, there would be "legal" consequences. As it turned out, he was referencing the civil case that followed in 2003. They did not understand that they have no jurisdiction against my right to making a living at what I'm good at as long as I don't interfere with their lawful jurisdiction, which I have tried to keep separate from. As any American, I felt it was my moral duty to help my fellow Americans. I continued to ask the IRS agents for their understanding of the laws and they continued to refuse to answer, but insisted my reading of the law was wrong somehow without any legal references or law to support their opinions. Prior to my

dropping my Tax Preparer's License, I had no problem with the IRS and I have numerous times resolved issues with the client and the IRS to the complete satisfaction of the client and IRS. I am not a tax protestor. I believe the government has the right and duty to collect the proper amount of taxes through the proper application of the IRC and other revenue laws as intended by Congress.

I did work with the government, but after I dropped my privileged status as tax preparer, for some reason the government became increasing hostile towards me. Even though I would look that the paperwork provided by my clients to determine if they were private men or women before providing my consulting services to them, the government wanted to control my actions in dealing with the private sector men and women outside their jurisdiction. I was no longer in their ranks and I began feeling retaliation from them. As I continued to do research after the injunction ordered by the court, I discovered more government fraud. The attorney assigned to me did not understand the constitutional limitations on government or that I was in the wrong court. I have not been able to find justice in 2004 and I cannot find it now in the courts. I have asked for witness protection and I intend to testify in front of Congress according to my expertise and 40 years experience in the field of Taxation. The Law resonates with my moral duty to report a crime when I see it. I have nothing to hide.

Under the recent attack by the government, I have found that the judge in this case, judge Dean Pregerson, does not have an oath of office unlike his father Harry Pergerson who has an oath of office and has presidential appointment, even though I have asked the government department who keeps the oath of office for a copy of Dean Pregerson's oath of office and they could not find it."

## Conclusion

Evidence uncovered by the Defendant in preparation for trial shows that Judge Roy Bean, the Law West of the Pecos, provided more impartial proceedings to Defendants than the judge in this case. The prima facie evidence is that the judge is

being compensated by the Internal Revenue Service for covering illegal activities.

Defendant notifies the court and the prosecutors in this case that Defendant has filed Whistleblower Status and intends to testify before Congress related to his discoveries over 40 years of the frauds perpetrated before the American people regarding the actions of the Internal Revenue Service and the attempts of the United States Courts to cover up those frauds.

**This is a notice; you are noticed that your actions to date are illegal; you are noticed that any further actions will continue to be reported to the appropriate authorities.**

Respectfully submitted this 14th day of September, 2009.

_____
James Arnold: Mattatall

### CERTIFICATION UNDER PENALTY OF PERJURY

I, James Arnold: Mattatall, certify on this the 14th day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

_____
James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

*[signature]*

James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 14th day of September, 2009, a true and correct copy of this Motion, **NOTICE OF WHISTLEBLOWER PROTECTION,** was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

James Arnold: Mattatall

GEORGE S. CARDONA
United States Attorney
SANDRA BROWN
Assistant United States Attorney
ROBERT CONTE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles California 90012

Certified Mail Number: 7009 0960 0001 1154 0986

MICHAEL R. PAHL
Mn. Bar. No. 0234539
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044

Certified Mail Number: 7009 0960 0001 1154 0993