# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV 03-07016 DDP (PJWx) | Date | September 15, 2009 |
| Title: | UNITED STATES OF AMERICA -V- JAMES A. MATTATALL | | |

Present: The Honorable **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Robert F. Conte, AUSA | James A. Mattatall, In Pro Per |
| Michael R. Pahl, AUSA | Richard Callahan, Jr., Advisory Counsel |

**First** Day Court Trial  _____ Day Jury Trial

- ✓ One day trial: _____ Begun (1st day); _____ Held & Continued; _____ Completed by jury verdict/submitted to court.
- _____ The Jury is impaneled and sworn.
- ✓ Opening statements made by Government counsel and the defendant in Pro Per
- ✓ Witnesses called, sworn and testified.   ✓ Exhibits identified.   ✓ Exhibits admitted.
- ✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
- ✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   _____ Court instructs jury.
- _____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
- _____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
- _____ Jury polled.   _____ Polling waived.
- ✓ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
- ✓ Judgment by Court for   ✓ plaintiff(s)   _____ defendant(s).
- _____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
- _____ Case submitted.   Briefs to be filed by _____
- _____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
- _____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
- _____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
- _____ Settlement reached and placed on the record.
- _____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- _____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- _____ Trial subpoenaed documents returned to subpoenaing party.
- ✓ **The Court refers the defendant to the Probation Office for the preparation of a expedited presentence report and continues the matter to November 23, 2009 at 2:30 p.m., for sentencing.**

Initials of Deputy Clerk   JAC   3 hours and 37 mins

cc: