# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 03-7016 DDP (PJWx) | Date | September 17, 2009 |
|---|---|---|---|
| Title | United States v. James A. Mattatall | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | | |
|---|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     Re: Defendant's Petition for Dismissal (In Chambers)

The Court has received Defendant's "Emergency Petition for Dismissal" (Docket # 139) and "Notice of Whistleblower Protection" (Docket # 140), which he directed to the Chief Judge. Having reviewed Defendant's papers, to the extent Defendant properly seeks relief from the Chief Judge, the Court **DENIES** that relief as frivolous.

It also appears to the Court that part of Defendant's papers could be construed as a motion to disqualify Judge Pregerson. See Petition at 8-10. Disqualification motions are not properly brought to the Chief Judge, and the Court expresses no view as to the merits of Defendant's papers regarding disqualification. To the extent Defendant wishes to request Judge Pregerson's disqualification, he must file a new motion to be randomly assigned by the Clerk to another District Judge. See General Order No. 08-05 § 4.0.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | AB |

**cc: Judge Dean D. Pregerson**