James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

FILED
2009 SEP 22 PM 3: 27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JAMES A. MATTATALL<br><br>Defendant | © 2009<br><br>C.A. No. CV03-07016 DDP (PJWx)<br><br>**Done by Affidavit**<br><br>**Verified**<br><br>Hearing Date: October<br>Monday, ~~September~~ 19, 2009, 10:00 AM<br>Courtroom: 3, Second Floor<br>Judge D. Pregerson |

**MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR JUDGEMENT OF ACQUITTAL OR FOR A NEW TRIAL**

Monday, ~~September~~ October 19, 2009, 10:00 AM

Comes now Petitioner/Defendant, James A. Mattatall, and hereby moves the court for an enlargement of time to file a Motion for Judgment of Acquittal and/or for New Trial based on the Federal Rules of Criminal Procedure. Petitioner is waiting on certified transcripts of the trial proceedings so that he may properly file his motion. Upon the presentment of valid grounds, the court has authority to grant Petitioner extra time to file a Motion for Judgment of Acquittal or for New Trial. Since the transcripts are material evidence for the presentation of a Motion for Judgment of Acquittal or New Trial, the Petitioner presents valid grounds for an enlargement of time to file his Motion for Judgment of Acquittal and/or New Trial.

## CONCLUSION

Petitioner/Defendant presents valid grounds for an enlargement of time to file his Motion for Acquittal and/or Motion for New Trial, while he is waiting on the transcripts from the court with information that is critical to his Motion.

Petitioner moves the court for an enlargement of time to file a Motion for Judgment of Acquittal and/or Motion for New Trial, which is Petitioner's right according to law, and requests an enlargement of time until the transcripts are completed and received by Petitioner, plus 7 days to file the motions.

Petitioner moves the court to also allow for additional enlargement of time necessary for responses to motions, hearings and rulings, as required by the local rules.

**PRAYER FOR RELIEF:**

**Wherefore, premises considered, Petitioner/Defendant moves this court to:**

**A. Grant Petitioner's Motion for Enlargement of time until seven days beyond the receipt of transcripts.**

**B. Grant additional time, adequate for responses to motions, hearings on motions and rulings, such as to allow for proper and timely filing requirements in accordance to the local rules.**

**C. Grant such other and further relief as the court deems just and proper.**

Respectfully submitted this 22nd day of September, 2009.

James Arnold: Mattatall

## CERTIFICATION UNDER PENALTY OF PERJURY

I, James Arnold: Mattatall, certify on this the 22nd day of September, 2009, pursuant to 28 USC § 1746 that the foregoing is true and correct.

*[signature]*
James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

*[signature]*
James Arnold: Mattatall

# CERTIFICATE OF SERVICE

On this 22nd day of September, 2009, a true and correct copy of this Motion, **MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR JUDGEMENT OF ACQUITTAL OR FOR A NEW TRIAL,** was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

*/s/ James Arnold: Mattatall*
James Arnold: Mattatall

GEORGE S. CARDONA  
United States Attorney  
SANDRA BROWN  
Assistant United States Attorney  
ROBERT CONTE  
Assistant United States Attorney  
Federal Building, Room 7211  
300 North Los Angeles Street  
Los Angeles California 90012  

Certified Mail Number: 7009 1410 0001 9365 8736

MICHAEL R. PAHL  
Mn. Bar. No. 0234539  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 7238  
Ben Franklin Station  
Washington, D.C. 20044  

Certified Mail Number: 7009 1410 0001 9365 8743