1  GEORGE S. CARDONA
   Acting United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   ROBERT F. CONTE (SBN 157582)
4  Assistant United States Attorney
        Room 7211 Federal Building
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-6607
        Facsimile: (213) 894-0115
7       E-mail: Robert.Conte@usdoj.gov

8  Attorney for United States of America

9

                 UNITED STATES DISTRICT COURT
10
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                     WESTERN DIVISION
12

13  UNITED STATES OF AMERICA,    ) No. CV 03 - 7016 DDP (PJWx)
                                 )
14           Plaintiff,          ) GOVERNMENT'S PROPOSED WITNESS
                                 ) LIST
15           v.                  )
                                 )
16  JAMES A. MATTATALL,          ) Trial Date:
                                 )
17           Defendant.          ) September 15, 2009
                                 )
18                               )
                                 )
19  _____)

20       Submitted herewith is a list of the witnesses the Government

21  may call at trial.

22       1.   Virgina Carey (Mattatall client)

23       2.   Rene Ayala (Mattatall client) ~~XXXXXXX~~ 9-15-09

24       3.   Maria Edang (Mattatall client) 9-15-09

25       4.   Joice Yuliani (Mattatall client) 9-15-09

26       5.   Michael Andrew (Mattatall client) ~~XXXXXXX~~ 9-15-09

27       6.   Mustapha Sesay (Mattatall client) 9-15-09

28       7.   Robert Chamberlain (Mattatall client) 9-15-09

8.   F. Knight (IRS Agent) 9-15-09

9.   Kim Watson (IRS agent) 9-15-09

10.  Nshan Tashchyan (IRS agent) 9-15-09


                    GEORGE S. CARDONA
                    Acting United States Attorney
                    SANDRA R. BROWN
                    Assistant United States Attorney
                    Chief, Tax Division

                         /S/
  9/15/09
DATE                _____
                    ROBERT F. CONTE
                    Assistant United States Attorney
                    Attorneys for United States of America