GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: Robert.Conte@usdoj.gov

FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2009
9-15-09

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney for United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 03 - 7016 DDP (PJWx) |
| Plaintiff, | GOVERNMENT'S PROPOSED EXHIBIT LIST |
| v. | |
| JAMES A. MATTATALL, | Trial Date: |
| Defendant. | September 15, 2009 |

Submitted herewith is a list of the exhibits the Government may use at trial.

//
//
//
//
//
//
//

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|-----------------------------|
| 1 | 2004 Form 1040 for Michael A. Andrew | 9-15-09 | 9-15-09 |
| 2 | 2005 Form 1040 for Michael A. Andrew | 9-15-09 | 9-15-09 |
| 3 | 2006 Form 1040 for Michael A. Andrew | 9-15-09 | 9-15-09 |
| 4 | Invoice from J.A. Mattatall dated April 10, 2006, & Checks | 9-15-09 | 9-15-09 |
| 5 | 2004 Form 1040 for Rene A. Ayala | 9-15-09 | 9-15-09 |
| 6 | 2005 Form 1040 for Rene A. Ayala | 9-15-09 | 9-15-09 |
| 7 | 2006 Form 1040 for Rene A. Ayala | 9-15-09 | 9-15-09 |
| 8 | 2007 Form 1040 for Rene A. Ayala | 9-15-09 | 9-15-09 |
| 9 | 2004 Form 1040 for Joice Yuliani | 9-15-09 | 9-15-09 |
| 10 | 2005 Form 1040 for Joice Yuliani | 9-15-09 | 9-15-09 |
| 11 | 2006 Form 1040 for Joice Yuliani | 9-15-09 | 9-15-09 |
| 12 | 2004 Form 1040 for Virginia V. Carey | 9-15-09 | 9-15-09 |
| 13 | 2005 Form 1040 for Virginia V. Carey | 9-15-09 | 9-15-09 |
| 14 | 2006 Form 1040 for Virginia V. Carey | 9-15-09 | 9-15-09 |
| 15 | 2007 Form 1040 for Virginia V. Carey | 9-15-09 | 9-15-09 |
| 16 | Invoice from J.A. Mattatall dated March 13, 2006 | | |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 17 | Taxpayer Copy of 2006 Form 1040 for Virginia V. Carey | | |
| 18 | Taxpayer Copy of 2007 Form 1040 for Virginia V. Carey | | |
| 19 | 2004 Form 1040 for Robert L. Chamberlain | 9-15-09 | 9-15-09 |
| 20 | 2005 Form 1040 for Robert L. Chamberlain | 9-15-09 | 9-15-09 |
| 21 | 2006 Form 1040 for Robert L. Chamberlain | 9-15-09 | 9-15-09 |
| 22 | 2007 Form 1040 for Robert L. Chamberlain | 9-15-09 | 9-15-09 |
| 23 | Invoice from J.A. Mattatall dated March 26, 2005 | 9-15-09 | 9-15-09 |
| 24 | Five checks payable to J.A. Mattatall | 9-15-09 | 9-15-09 |
| 25 | 2004 Form 1040 for Maria P. Edang | 9-15-09 | 9-15-09 |
| 26 | 2005 Form 1040 for Maria P. Edang | 9-15-09 | 9-15-09 |
| 27 | 2006 Form 1040 for Maria P. Edang | 9-15-09 | 9-15-09 |
| 28 | 2007 Form 1040 for Maria P. Edang | 9-15-09 | 9-15-09 |
| 29 | 2004 Form 1040 for Mustapha Sesay | 9-15-09 | 9-15-09 |
| 30 | 2005 Form 1040 for Mustapha Sesay | 9-15-09 | 9-15-09 |
| 31 | 2006 Form 1040 for Mustapha Sesay | 9-15-09 | 9-15-09 |
| 32 | 2007 Form 1040 for Mustapha Sesay | 9-15-09 | 9-15-09 |
| 33 | Three checks payable to J.A. Mattatall | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|---|---|---|---|
| 34 | 2004 Form 1040 for Alice Ambris | 9-15-09 | 9-15-09 |
| 35 | 2004 through 2008 Tax Return Preparer ID Information Alice Ambris | | |
| 36 | 2004 Form 1040 for Diane W. Bartchy | 9-15-09 | 9-15-09 |
| 37 | 2004 through 2008 Tax Return ID Preparer Information for Diane W. Bartchy | | |
| 38 | 2004 Form 1040 for Lezanne M. Bell | 9-15-09 | 9-15-09 |
| 39 | 2004 through 2008 Tax Return Preparer ID Information for Lezanne M. Bell | | |
| 40 | 2004 Form 1040 for Mary Black | 9-15-09 | 9-15-09 |
| 41 | 2004 through 2007 Tax Return Preparer Id Information for Mary Black | | |
| 42 | 2004 Form 1040 for Lilian Calderon | 9-15-09 | 9-15-09 |
| 43 | 2004 through 2008 Tax Return ID Information for Lilian Calderon | | |
| 44 | 2004 Form 1040 for Trent Cobbs | 9-15-09 | 9-15-09 |
| 45 | 2004 Form 1040 for John R. Cook | 9-15-09 | 9-15-09 |
| 46 | 2004 through 2008 Tax Return Preparer ID Information for John R. Cook | | |
| 47 | 2004 Form 1040 for Oscar Cox | 9-15-09 | 9-05-09 |

4

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|---|---|---|---|
| 48 | 2004 through 2006 Tax Return ID Prepare Information for Oscar Cox | | |
| 49 | 2004 Form 1040 for Guillermo A. De Leon | 9-15-09 | 9-15-09 |
| 50 | 2004 through 2008 Tax Return Preparer ID Information for Guillermo A. De Leon | | |
| 51 | 2004 Form 1040 for David Drolet | 9-13-09 | 9-15-09 |
| 52 | 2004 through 2008 Tax Return Preparer ID Information for David Drolet | | |
| 53 | 2004 Form 1040 for Marjorie A. Dunlap | 9-15-09 | 9-15-09 |
| 54 | 2004 through 2008 Tax Return Preparer ID Information for Marjorie A. Dunlap | | |
| 55 | 2004 Form 1040 for Jennifer Eberhardt | 9-15-09 | 9-15-09 |
| 56 | 2004 through 2008 Tax Return Preparer ID Information for Jennifer Eberhardt | | |
| 57 | 2004 Form 1040 for Charles M. Engelhardt | 9-15-09 | 9-15-09 |
| 58 | 2004 through 2008 Tax Return Preparer ID Information for Charles M. Engelhardt | | |
| 59 | 2004 Form 1040 for Frederick C. Englehardt | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|---|---|---|---|
| 60 | 2004 through 2008 Tax Return Preparer ID Information for Frederick C. Englehardt | | |
| 61 | 2004 Form 1040 for Amador Espinosa | 9-15-09 | 9-15-09 |
| 62 | 2004 Form 1040 for Francisco Flores | 9-15-09 | 9-15-09 |
| 63 | 2004 through 2007 Tax Return Preparer ID Information for Francisco Flores | | |
| 64 | 2004 Form 1040 for Gabriela Gauci | 9-15-09 | 9-15-09 |
| 65 | 2004 through 2007 Tax Return Preparer ID Information for Gabriela Gauci | | |
| 66 | 2004 Form 1040 for Greta George | 9-15-09 | 9-15-09 |
| 67 | 2004 through 2008 Tax Return Preparer ID Information for Greta George | | |
| 68 | 2004 Form 1040 for Stephen J. Haddad | 9-15-09 | 9-15-09 |
| 69 | 2004 through 2008 Tax Return Preparer ID Information for Stephen J. Haddad | | |
| 70 | 2004 Form 1040 For Benard W. Hafele | 9-15-09 | 9-15-09 |
| 71 | 2004 through 2008 Tax Return Preparer ID Information for Bernard W. Hafele | | |
| 72 | 2003 Form 1040 for Mark Heppenstall | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 73 | 2004 Form 1040 for Mark Heppenstall | 9-15-09 | 9-15-09 |
| 74 | 2004 through 2008 Tax Return Preparer ID Information for Mark Heppenstall | | |
| 75 | 2004 Form 1040 for James A. Hoover | 9-15-09 | 9-15-09 |
| 76 | 2004 through 2008 Tax Return Preparer ID Information for James A. Hoover | | |
| 77 | 2004 Form 1040 for Kathleen Hutchins | 9-15-09 | 9-15-09 |
| 78 | 2004 Form 1040 for Thomas E. Jackson | 9-15-09 | 9-15-09 |
| 79 | 2004 Form 1040 for Sri S. Jacobs | 9-15-09 | 9-15-09 |
| 80 | 2004 through 2008 Tax Return Preparer ID Information for Sri S. Jacobs | | |
| 81 | 2004 Form 1040 for Alan K. Jacobson | 9-15-09 | 9-15-09 |
| 82 | 2004 Form 1040 for Jack A. Karshirsky | 9-15-09 | 9-15-09 |
| 83 | 2004 Form 1040 for Joy O. Kelly | 9-15-09 | 9-15-09 |
| 84 | 2004 Form 1040 for Earl T. Knox | 9-15-09 | 9-15-09 |
| 85 | 2004 through 2007 Tax Return Preparer ID Information for Earl T. Knox | | |
| 86 | 2004 Form 1040 for Staci Kolbeck | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 87 | 2004 through 2008 Tax Return ID Information for Staci Kolbeck | | |
| 88 | 2004 Form 1040 for Henry Kolte | 9-15-09 | 9-15-09 |
| 89 | 2004 through 2005 Tax Return Preparer ID Information for Henry Kolte | | |
| 90 | 2004 Form 1040 for Mark O. Koltko | 9-15-09 | 9-15-09 |
| 91 | 2004 Form 1040 For David J. Krenik | 9-15-09 | 9-15-09 |
| 92 | 2004 through 2008 Tax Return Preparer ID Information for David J. Krenik | | |
| 93 | 2004 Form 1040 for Clement La Chima | 9-15-09 | 9-15-09 |
| 94 | 2004 through 2008 Tax Return Preparer ID Information for Clement La Chima | | |
| 95 | 2004 Form 1040 for David Laake | 9-15-09 | 9-15-09 |
| 96 | 2004 Form 1040 for Frances A. Lacey | 9-15-09 | 9-15-09 |
| 97 | 2004 through 2008 Tax Return Preparer ID Information for Frances A. Lacey | | |
| 98 | 2004 Form 1040 for Fran T. Leonard | 9-15-09 | 9-15-09 |
| 99 | 2004 through 2008 Tax Return Preparer ID Information for Fran T. Leonard | | |
| 100 | 2004 Form 1040 for James Loughman | 9-15-09 | 9 15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 101 | 2004 through 2008 Tax Return Preparer ID Information for James Loughman | | |
| 102 | 2004 Form 1040 for Michah Loughman | 9-15-09 | 9-15-09 |
| 103 | 2004 through 2008 Tax Return Preparer ID Information for Michah Loughman | | |
| 104 | 2004 Form 1040 for Steven L. Mackay | 9-15-09 | 9-15-09 |
| 105 | 2004 through 2008 Tax Return Preparer ID Information for Steven L. Mackay | | |
| 106 | 2004 Form 1040 for Lucinda Mahon | 9-15-09 | 9-15-09 |
| 107 | 2004 and 2008 Tax Return Preparer ID Information for Lucinda Mahon | | |
| 108 | 2004 Form 1040 for Michael S. Mahon | 9-15-09 | 9-15-09 |
| 109 | 2004 through 2008 Tax Return Preparer ID Information for Michael S. Mahon | | |
| 110 | 2004 Form 1040 for Ann Mattatall | 9-15-09 | 9-15-09 |
| 111 | 2004 through 2008 Tax Return Preparer ID Information for Ann Mattatall | | |
| 112 | 2004 Form 1040 for Lori L. Mayer | 9-15-09 | 9-15-09 |
| 113 | 2004 through 2006 Tax Return Preparer ID Information for Lori L. Mayer | | |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 114 | 2004 Form 1040 for Willie McCloud | 9-15-09 | 9-15-09 |
| 115 | 2004 through 2008 Tax Return Preparer ID Information for Willie McCloud | | |
| 116 | 2004 Form 1040 for Donald McNulty | 9-15-09 | 9-15-09 |
| 117 | 2004 through 2008 Tax Return Preparer ID Information for Donald McNulty | | |
| 118 | 2004 Form 1040 for Christopher B. Miller | 9-15-09 | 9-15-09 |
| 119 | 2004 through 2008 Tax Return Preparer ID Information for Christopher B. Miller | | |
| 120 | 2004 Form 1040 for James Mish | 9-15-09 | 9-15-09 |
| 121 | 2004 through 2008 Tax Return Preparer ID Information for James Mish | | |
| 122 | 2004 Form 1040 for Kris Norlander | 9-15-09 | 9-15-09 |
| 123 | 2004 through 2008 Tax Return Preparer ID Information for Kris Norlander | | |
| 124 | 2004 Form 1040 for Kurt Norlander | 9-15-09 | 9-15-09 |
| 125 | 2004 through 2005 Tax Return Preparer ID Information for Kurt Norlander | | |
| 126 | 2004 Form 1040 for Olga Ostoposides | 9-15-09 | 9-15-09 |

10

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|------------------------------|
| 127 | 2004 through 2007 Tax Return Preparer ID Information for Olga Ostoposides | | |
| 128 | 2004 Form 1040 for Robert C. Palma | 9-15-09 | 9-15-09 |
| 129 | 2004 through 2008 Tax Return Preparer ID Information for Robert C. Palma | | |
| 130 | 2004 Form 1040 for Medi Permonohadi | 9-15-09 | 9-15-09 |
| 131 | 2004 through 2008 Tax Return Preparer ID Information for Medi Permonohadi | | |
| 132 | 2004 Form 1040 for Myrtle G. Phillips | 9-15-09 | 9-15-09 |
| 133 | 2004 through 2008 Tax Return Preparer ID Information for Myrtle G. Phillips | | |
| 134 | 2004 Form 1040 for Cheryl K. Polley | 9-15-09 | 9-15-09 |
| 135 | 2004 through 2008 Tax Return Preparer ID Information for Cheryl K. Polley | | |
| 136 | 2004 Form 1040 for Reta Purnomosari | 9-15-09 | 9-15-09 |
| 137 | 2004 through 2006 Tax Return Preparer ID Information for Reta Purnomosari | | |
| 138 | 2004 Form 1040 for Colin D. Quennell | 9-15-09 | 9-15-09 |
| 139 | 2004 through 2007 Tax Return Preparer ID Information for Colin D. Quennell | | |

11

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 140 | 2004 Form 1040 for Neftali Quesada | 9-15-09 | 9-15-09 |
| 141 | 2004 Form 1040 for Stephen E. Quintis | 9-15-09 | 9-15-09 |
| 142 | 2004 Tax Return Preparer ID Information for Stephen E. Quintis | | |
| 143 | 2004 Form 1040 for Glendene A. Rascoe | 9-15-09 | 9-15-09 |
| 144 | 2004 through 2008 Tax Return Preparer ID Information for Glendene A. Rascoe | | |
| 145 | 2004 Form 1040 for Jaidesh Reddick | 9-15-09 | 9-15-09 |
| 146 | 2004 Form 1040 for Raymond H. Renken | " | " |
| 147 | 2004 Form 1040 for Lauren E. Rignel | 9-15-09 | 9-15-09 |
| 148 | 2004 through 2008 Tax Return Preparer ID Information for Lauren E. Rignel | | |
| 149 | 2004 Form 1040 for Raymond R. Rignel | 9-15-09 | 9-15-09 |
| 150 | 2004 through 2008 Tax Return Preparer ID Information for Raymond R. Rignel | | |
| 151 | 2004 Form 1040 for Todd R. Rignel | 9-15-09 | 9-15-09 |
| 152 | 2004 through 2008 Tax Return Preparer ID Information for Todd R. Rignel | | |
| 153 | 2004 Form 1040 for Patrick Riley | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|---|---|---|---|
| 154 | 2004 Form 1040 for Virginia Russell | 9-15-09 | 9-15-09 |
| 155 | 2004 through 2005 Tax Return Preparer ID Information for Virginia Russell | | |
| 156 | 2004 Form 1040 for Sandra M. Sabatino | 9-15-09 | 9-15-09 |
| 157 | 2004 through 2008 Tax Return Preparer ID Information for Sandra M. Sabatino | | |
| 158 | 2004 Form 1040 for Kevin L. Savage | 9-15-09 | 9-15-09 |
| 159 | 2004 through 2008 Tax Return Preparer ID Information for Kevin L. Savage | | 9-15-09 |
| 160 | 2004 Form 1040 for Michele S. Sesay | 9-15-09 | |
| 161 | 2004 through 2005 Tax Return Preparer ID Information for Michele S. Sesay | | |
| 162 | 2004 Form 1040 for Mustapha Sesay | 9-15-09 | 9-15-09 |
| 163 | 2004 through 2008 Tax Return Preparer ID Information for Mustapha Sesay | | |
| 164 | 2004 Form 1040 for Lyman H. Steffen | 9-15-09 | 9-15-09 |
| 165 | 2004 through 2005 Tax Return Preparer ID Information for Lyman H. Steffen | | |
| 166 | 2004 Form 1040 for Gabriel Sullivan | 9-15-09 | 9-15-09 |

13

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 167 | 2004 Tax Return Preparer ID Information for Gabriel Sullivan | | |
| 168 | 2004 Form 1040 for Julie E. Upp | 9-15-09 | 9-15-09 |
| 169 | 2004 Form 1040 for Victor Vardanega | 9-15-09 | 9-15-09 |
| 170 | 2004 through 2008 Tax Return Preparer ID Information for Victor Vardanega | | |
| 171 | 2004 Form 1040 for Darryl Vontoure | 9-15-09 | 9-15-09 |
| 172 | 2004 through 2008 Tax Return Preparer ID Information for Darryl Vontoure | | |
| 173 | 2004 Form 1040 for Sharon J. Warner | 9-15-09 | 9-15-09 |
| 174 | 2004 Form 1040 for Charles P. Wirth | 9-15-09 | 9-15-09 |
| 175 | 2004 through 2008 Tax Return Preparer ID Information for Charles P. Wirth | | |
| 176 | Memorandum of Interview with James Mattatall, dated March 25, 2009 | | |
| 177 | 1997 Form 1040 for Diane B. Walker | | |
| 178 | Letter from Diane B. Walker dated December 22, 2000 | | |
| 179 | IRS Notice to Diane B. Walker, dated September 4, 2000 | | |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 180 | IRS Summons to Diane Walker, dated May 15, 2008 | 9-15-09 | 9-15-09 |
| 181 | Letter from Diane B. Walker dated June 6, 2008 | 9-15-09 | 9-15-09 |
| 182 | CD containing the recording of the meeting on July 21, 2008 | 9-15-09 | 9-15-09 |
| 183 | Copy of the Collection Information Statement (Form 433-A) for Diane Walker dated July 21, 2008 | 9-15-09 | 9-15-09 |
| 184 | Summary of the meeting with Diane Walker on July 21, 2008 | | |
| 185 | Copy of the codes cited by Diane Walker and James Mattatall during the meeting on July 21, 2008 | | |
| 186 | Certified Transcript of the Joseph Pepper meeting on March 10, 2008 | 9-15-09 | 9-15-09 |
| 187 | 1999 Form 1040 for Joseph D. Pepper | 9-15-09 | 9-15-09 |
| 188 | 2000 Form 1040 for Joseph D. Pepper | 9-15-09 | 9-15-09 |
| 189 | 2001 Form 1040 for Joseph D. Pepper | 9-15-09 | 9-15-09 |
| 190 | 2002 Form 1040 for Joseph D. Pepper | 9-15-09 | 9-15-09 |
| 191 | 2003 Form 1040 for Joseph D. Pepper | 9-15-09 | 9-15-09 |

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|------------------------------|
| 192 | Verified Affidavit of Facts of Joseph Pepper for 1999 Tax Year dated March 7, 2008 | 9-15-09 | 9-15-09 |
| 193 | IRS Examination Notice to Joseph Pepper dated January 23, 2008 | '' | '' |
| 194 | Information Document Request (Form 4564) dated March 10, 2008 | '' | '' |
| 195 | Letter from Joseph Pepper dated February 14, 2008 | 9-15-09 | 9-15-09 |
| 196 | Document 35, Order Granting Plaintiff's Motion For Contempt and Second Amended Injunction | 9-15-09 | 9-15-09 |
| 197 | Document 36, Second Amended Injunction | '' | '' |
| 198 | Document 43, Order Denying Defendants's Motion to Vacate Injunction | '' | '' |
| 199 | Document 60, Minutes (in Chambers Order) by Judge Dean D. Pregerson dated April 1, 2005 | '' | '' |
| 200 | Document 69, Order to arrest and imprison James Mattatall until he complies with the Court's order | '' | '' |
| 201 | Document 88, Notice of Non-Waiver of Due Process Rights | '' | '' |
| 202 | Document 89, Request For Production of Bona Fides of the Judge in this Case | 9-15-09 | 9-15-09 |

16

| NUMBER | Description | DATE IDENTIFIED | DATE RECEIVED INTO EVIDENCE |
|--------|-------------|-----------------|----------------------------|
| 203 | Document 90, Objection For Lack of Ratification of Commencement | 9-15-09 | 9-15-09 |
| 204 | Document 91, Request For the Plaintiff to Produce The Real Party in Interest | 11 | 11 |
| 205 | Document 92, Request For Government to Prove Elements of its Jurisdiction | 11 | 11 |
| 206 | Document 93, Request For Findings of Fact and Law on All Claims | 11 | 11 |
| 207 | Document 94, Request For Production of Master File and All IRS Records | 9-15-09 | 9-15-09 |
| 208 | Certified Transcripts for James A. Mattatall for Tax Years 2004 through 2008 | | |
| 209 | Summary of the additional tax returns | | |
| 210 | Copy of an invoice from J.A. Mattatall dated February 17, 2006 and copies of four checks payable to J.A. Mattatall | 9-15-09 | 9-15-09 |
| 211 | EXHIBIT LIST | 9-15-09 | 9-15-09 |

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DATED: 9/14_____, 2009                    /S/
                                    _____
                                    ROBERT F. CONTE
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    United States of America

18