FILED
CLERK, U.S. DISTRICT COURT

SEP 15
9-15-09

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s),<br>v. | CV 03-07016 DDP (PJWx) |
| JAMES A. MATTATALL<br><br>Defendant(s). | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the *(check one)*:

Government's

exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):
NONE

___

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

Dated: September 15, 2009

_Robert Conte_
Signature of Counsel for: Government

Robert Conte                            213, 894 6607
Print Name                              Telephone Number


Dated: _____

N/A
Signature of Counsel for: ☐ Plaintiff  ☐ Defendant  ☐ _____

_____   ( )
Print Name                Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

CLERK, U. S. DISTRICT COURT

Dated: September 15, 2009    By _____
                             John A. Chambers, Court Room Deputy Clerk

G-38 (6/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL