UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 03-07016 DDP (PJWx)                             Dated: October 7, 2009

Title:   UNITED STATES OF AMERICA -v- JAMES A. MATTATALL
========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                    None Present
   Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                               None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


**COUNSEL AND PARTIES ARE NOTIFIED** that the MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT OR ACQUITTAL OR FOR NEW TRIAL FILED BY DEFENDANT JAMES A MATTATALL (FILED ON 09-22-09) set for October 19, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and denied for no good cause shown for enlargement of time.


MINUTES FORM 11                                          Initials of Deputy Clerk: JAC
CIVIL -- GEN