James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

FILED
2009 OCT -7 PM 2: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>JAMES A. MATTATALL<br><br>Defendant | © 2009<br><br>C.A. No. CV03-07016 DDP (PJWx)<br><br>**Done by Affidavit**<br><br>**Verified** |

## REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR TRANSCRIPTS

**AFFIDAVIT OF James Arnold: Mattatall**

To the Honorable Court

    Comes now James Arnold: Mattatall, and hereby objects to the government's opposition to his Motion for Production of Transcripts and Request for an extension of time to file a motion for new trial and or judgment of acquittal until the transcripts are received. Petitioner moves the court to grant his request for transcripts and his motion for enlargement of time to file his motion for new trial and/or judgment of acquittal until the transcripts are received.

### A. The Transcripts are Necessary for Proper Preparation of the Motion

During the court proceedings related to trial, Petitioner, acting pro se, had a hard time hearing and could not understand some of the testimony and government's arguments. Out of courtesy to the court, Petitioner did not interrupt the proceedings because he knew he had a right to the transcripts, as a matter of law. He therefore needs the transcripts in order to obtain the proper information to file his motions, as testimony will be used related to the motions.

### B. The Government Will Not Be Harmed

No harm occurs to the other party. Petitioner is currently on release pending sentencing and a delay in filing his motions will not affect the other party's position in his case. Petitioner will either win his motion(s), in which case he will not be sentenced, or Petitioner will lose them, in which case he will be sentenced. In either situation, the government will incur no harm.

### C. If the Government's Opposition is Granted, Petitioner will be Denied Due Process

The government went to great lengths in its Opposition in arguing the Motion for New Trial and/or Judgment of Acquittal. Petitioner did not present an argument in his Motion for Enlargement, only his request to have an enlargement. The government's argument is a subterfuge, attempting to distract the court from the obvious – whether Petitioner has a right to file a Motion for New Trial and/or Judgment of Acquittal in this case. That right was guaranteed by statute, and the denial of that right would be the denial of Due Process under the Fifth Amendment. It would also be the denial of certain rights guaranteed pro se litigants, like the pro se standard, and the Do No Harm Standard.

### D. The Denial By the Court Would Establish Bias

Based on the issues presented herein, the denial of Petitioner's right to review the transcripts would establish a prima facie case of bias in this court. All DOJ motions have been granted, yet not one of Petitioner's Motions has been granted. Refusal to allow Petitioner to properly review the transcripts and file his motions would establish as a matter of law bias and structural error by the court, reversible in its own way.

### E. Conclusion

Petitioner requests the court to deny Plaintiff's Opposition, grant Petitioner's motion, and for such other and further relief as the court deems just and proper.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant submits this Motion by Affivavit and respectfully prays this Honorable Court to:

1. Grant Petitioner's Motion for Enlargement.
2. Grant such further relief as this Court deems just and proper.

Respectfully submitted this 7th day of October, 2009.

James Arnold: Mattatall

## VERIFICATION

I certify the foregoing is true and correct under the penalty of perjury pursuant to 28 USC § 1746, that I am over the age of 18 years, that I have personal knowledge of the facts stated herein, and that I am fully competent to testify to those facts.

James Arnold Mattatall

# CERTIFICATE OF SERVICE

On this 7th day of October, 2009, a true and correct copy of this Response, **REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR TRANSCRIPTS,** was sent to the opposing attorneys of record by first class mail, postage prepaid or better.

James Arnold: Mattatall

GEORGE S. CARDOUA   Certified Mail Number: <u>7009 1680 0001 8023 8696</u>
United States Attorney
SANDRA BROWN
Assistant United States Attorney
ROBERT CONTE
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles California 90012

MICHAEL R. PAHL   Certified Mail Number: <u>7009 1680 0001 8023 8702</u>
Mn. Bar. No. 0234539
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044