GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorneys
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    Robert.Conte@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES A. MATTATALL,<br><br>  Defendant. | No. CV 03 - 7016 DDP<br><br>GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT<br><br>Sentencing: Nov. 23, 2009<br>                   2:00 pm |

GOVERNMENT RESPONSE

The government has no objections to the Probation Office's Presentence Report, and agrees that defendant should be sentenced to the maximum sentence of six months incarceration.

Although it has no objections, the government suggests the following clarifications to the PSR.

1. At trial, the government showed that defendant also appeared at and obstructed the audit conducted by Revenue Agent Watson of taxpayer Joseph Pepper. See PSR ¶ 8.

2. Although excluded at trial under Rule 403 of the Federal

1

1 | Rules of Evidence, the government proferred evidence that
2 | defendant willfully did not file tax returns for the years 2004 -
3 | 2008 in direct contravention of the Second Amended Injunction
4 | (SAI) which prohibited defendant from interfering with the proper
5 | administration of the internal revenue laws, and in violation of
6 | 26 U.S.C. § 7203.  See SAI p. 5 ln. 16; PSR ¶ 15.
7 |     The government reserves the right to supplement its
8 | sentencing position and to respond to defendant's sentencing
9 | position.

Respectfully submitted by:

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

Date: 10/19/09

ROBERT F. CONTE
Assistant United States Attorneys

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **October 19, 2009**, I served

**GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **October 19, 2009**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 19, 2009**, Los Angeles, California.

_____/s/_____
**Connie Hom**

**RE: USA V. JAMES A. MATTATALL**

**CASE NO.: CV 03-7016 DDP**

## Service List

James A. Mattatall
1880 W. Carson St., #F-349
Torrance, CA 90503

Norma J. Schrock
U.S. Department of Justice
Tax Division
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683