JAMES ARNOLD: MATTATALL
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

IN PRO SE

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES A. MATTATALL, ) <br> ) <br> Defendant. ) <br> ) | Case No. CV 03-7016-DDP (PJWx) <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br><br> Current Date: November 23, 2009 <br> Proposed Date: December 14, 2009 |

IT IS HEREBY STIPULATED AND AGREED between the United States of America and defendant James A. Mattatall that the sentencing hearing in this matter, currently scheduled for November 23, 2009, should be continued until December 14, 2009, at 2:30 p.m., or to a date and time amenable to the Court. This continuance is sought since Mr. Mattatall was out of town for an extended period and was unable to be interviewed by the Probation Office before disclosure of the Presentence Report. The continuance will allow Mr. Mattatall to meet with Probation, and be fully prepared for his sentencing hearing.

/
/

1
2  Dated: October 27, 2009.                    By: _____
3                                                  JAMES A. MATTATALL
                                                   Defendant
4                                                  In Pro Se
5
6
7  SO STIPULATED:
8
   Dated: October 27, 2009.                        OFFICE OF THE
9                                                  UNITED STATES ATTORNEY
10
11
                                              By: /s/ (per authorization)
12                                                ROBERT CONTE, ESQ.
                                                  Attorney for Plaintiff
13                                                United States of America
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28