FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JAMES ARNOLD: MATTATALL
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

IN PRO SE

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CV 03-7016-DDP (PJWx) |
| Plaintiff, ) | [PROPOSED] ORDER |
| vs. ) | CONTINUING SENTENCING HEARING |
| JAMES A. MATTATALL, ) | |
| Defendant. ) | |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently scheduled for November 23, 2009, is continued until December 14, 2009, at 2:30 p.m.

Dated this 30th day of October, 2009.

_____
DEAN D. PREGERSON
United States District Judge