GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorneys
        Room 7211 Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-6607
        Facsimile: (213) 894-0115
        Robert.Conte@usdoj.gov


Attorneys for Plaintiff
United States of America


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 03 - 7016 DDP |
| Plaintiff, | GOVERNMENT'S FURTHER POSITION ON SENTENCING |
| v. | |
| JAMES A. MATTATALL, | Sentencing: December 14, 2009<br>2:30 p.m. |
| Defendant. | |

GOVERNMENT'S FURTHER POSITION ON SENTENCING

Summary of Position

On November 30, 2008, the Probation Office disclosed its revised position that defendant should be sentenced to only four months incarceration, finding that defendant has expressed regret and remorse for his conduct and that he did not appreciate the "full reach" of the Second Amended Injunction (SAI). The government disagrees with the Probation Office's recommendation and believes that defendant should be sentenced to the maximum sentence of six months incarceration.

1

1    <u>Analysis</u>

2        Although the Sentencing Guidelines (and the sentencing tax

3    table at USSG Section 2T4.1) are not directly applicable here

4    because defendant has been convicted of misdemeanor criminal

5    contempt, the court should take into account the attempted tax

6    loss pursued by defendant during his appearances at the Pepper

7    and Watson tax and collection audits when judging the seriousness

8    of his conduct under the 18 U.S.C. Section 3553 factors (Section

9    3553 factors).  According to the Special Agent, over $500,000 was

10   at issue during these audits.  <u>See</u> Special Agent (SA) dec. at

11   para. 4 and 5 attached hereto.  $500,000 is a substantial amount,

12   and reflects the seriousness of defendant's attempt to obstruct

13   these audits.  Defendant's sentence should also reflect the

14   seriousness of this conduct.[1]  <u>See</u> 18 U.S.C. Section

15   3553(a)(2)(A).  Defendant should receive the maximum sentence of

16   six months incarceration.

17       Applying other 18 U.S.C. Section 3553 factors to the facts

18   of this case also demonstrates the importance of imposing the

19   maximum sentence.

20       Throughout these proceedings, defendant has shown little

21   respect for the court's authority or the legal authority of the

22   IRS.  He has filed numerous frivolous "tax protestor" pleadings

23   and has attempted repeatedly to derail the government's

24   enforcement actions against him with frivolous arguments.  He

25   attempted to obstruct the tax and collection audits of Pepper and

26   Watson, appearing at the Pepper audit under a false name.

27   ────────────────

28       [1]The government notes that the Guidelines recommend an
     offense level of 20 for attempted tax losses between $400,000 and
     $1,000,000.  USSG Section 2T4.1(H) (Guidelines effective Nov. 1,
     2007).

                                    2

Defendant also did not file his own tax returns for the years 2004 through 2008, a period when he was under the authority of the SAI and was ordered by the court to comply with the internal revenue laws. See SAI p. 5 ln. 16. It is simply not appropriate for defendant to receive a reduced sentence now because of his new found regret and remorse. If defendant truly regretted his conduct, he should have owned up to it before trial.

Defendant's position before the Probation Office that he did not appreciate the "full reach" of the SAI is unpersuasive. Defendant knew exactly what he was doing and he knew it was violating the SAI. The very fact that defendant tried to hide his conduct from the government shows that he was acting willfully. Defendant's attempts to hide his illegal conduct should be viewed as an aggravating factor under the Section 3553 factors.

Further, a maximum sentence of six months is warranted in this case because it is necessary to deter the defendant and other tax defiers from flouting the legal authority of the court and the IRS. In this case, defendant was specifically ordered to stop his illegal conduct. He was even incarcerated for a short period as part of the court's civil enforcement of the SAI. Still, defendant was not deterred from his wrongful conduct. Rather, it appears that he was emboldened to continue while attempting to avoid detection. A four month sentence is not sufficient to reflect the seriousness of the offense and promote respect for the law. See 18 U.S.C. Section 3553(a)(2)(A).

The IRS simply does not have the resources to criminally prosecute every tax defier. It therefore relies on civil injunctions in many cases to stop wrongful conduct. See SA dec.

para. 1.   A willful violation of a court ordered injunction must carry a serious consequence if the injunction is to be effective. Deterring others, particularly other tax defiers, who are the subject of civil injunctions should be an important consideration of the court in this case.   Sentencing defendant to the maximum of six months incarceration will send a powerful message, and will accomplish an important goal of sentencing under the Section 3553, the adequate deterrence of criminal conduct.   See 18 U.S.C. Section 3553(a)(2)(B).

Conclusion

Therefore, for the reasons stated herein, and based on the record in this case, the court should impose a sentence of six months incarceration.

Respectfully submitted by:

GEORGE S. CARDONA
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

Date: 12/7/09

ROBERT F. CONTE
Assistant United States Attorneys

4

## DECLARATION OF IRS SPECIAL AGENT

### NSHAN TASHCHYAN

I, Nshan Tashchyan, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am employed as an IRS Special Agent in the Central District of California, with my office located at 300 North Los Angeles Street, Federal Building, Los Angeles, California. I have been involved in the investigation of defendant JAMES A. MATTATALL (defendant) since approximately January 2009. I attended and testified at the defendant's criminal contempt trial held on September 15, 2009.

1.   I am informed that the Department of Justice has in force approximately 400 tax return preparer and tax-fraud promoter injunctions, including the injunction against defendant. These injunctions play an important role in policing and enforcing the nation's tax laws. The IRS simply does not have the resources to criminally prosecute every abusive tax return preparer, and therefore relies on civil injunctions to police many tax return preparers.

2.   At trial the government introduced evidence that defendant attempted to secretly prepare approximately 232 tax return after being ordered not to prepare tax returns. He did this by preparing tax returns without signing the tax returns as the tax return preparer. This conduct by defendant obstructed the lawful function of the IRS and made it difficult to monitor defendant's compliance with the injunction against him. See Gov. Ex. 209 attached hereto.

3.   Further, for the tax years 2004 - 2008, defendant did

1

1  not file his own tax returns, again obstructing the lawful

2  function of the IRS.  Based on my review of the evidence in this

3  case, defendant was required to file tax returns for these years,

4  and it is likely he owed significant tax.  <u>See</u> Gov. Ex. 208

5  attached hereto.

6      4.  On about March 10, 2008, defendant appeared at the

7  examination audit of Joseph Pepper in violation of the injunction

8  against him and obstructed that audit.  Defendant did not give

9  his true name at the meeting.  According to my review of the

10  Pepper administrative file, Pepper filed "zero tax due" tax

11  returns for the years 1999 - 2003.  The IRS has assessed tax for

12  those years in the amount of approximately $485,000.  Defendant

13  attempted to assist in the evasion of the this liability by

14  obstructing the Pepper tax examination audit.

15      5.  On about July 21, 2008, defendant appeared at the tax

16  collection audit of Diane Walker in violation of the injunction

17  against him and obstructed that audit.  According to my review of

18  the Walker administrative file, Ms. Walker owed the IRS

19  approximately $50,000 for the years 1997 and 1998 in July 2008.

20  Defendant attempted to assist in the evasion of that liability by

21  obstructing the Walker collection audit.  <u>See</u> Gov. Ex. 183

22  attached hereto.

23      I declare under penalty of perjury that the foregoing is

24  true and correct.

25      Executed on _December  7_____, 2009, at Los Angeles,

26  California.

27                                                       NSHAN TASHCHYAN

28                                                       IRS SPECIAL AGENT

CV 03-7016 DDP (PJWx)

CASE NO.

UNITED STATES

JAMES MATTATALL

VS.

PLAINTIFF'S EXHIBIT   183

DATE _____ IDEN.

DATE _____ EVID.

BY _____

AO 386    Deputy Clerk

Form **433-A**
(Rev. January 2008)
Department of the Treasury
Internal Revenue Service

# Collection Information Statement for Wage Earners and Self-Employed Individuals

**Wage Earners** Complete Sections 1, 2, 3, and 4, including signature line on page 4. *Answer all questions or write N/A.*
**Self-Employed Individuals** Complete Sections 1, 2, 3, 4, 5 and 6 and signature line on page 4. *Answer all questions or write N/A.*
**For Additional Information,** refer to Publication 1854, "How To Prepare a Collection Information Statement"
*Include attachments if additional space is needed to respond completely to any question.*

| Name on Internal Revenue Service (IRS) Account | Social Security Number SSN on IRS Account | Employer Identification Number EIN |
|---|---|---|
| | | |

## Section 1: Personal Information

| 1a Full Name of Taxpayer and Spouse (if applicable) | 1c Home Phone | 1d Cell Phone |
|---|---|---|
| DIANE WALKER | ( ) | ( ) |

| 1b Address (Street, City, State, ZIP code) (County of Residence) | 1e Business Phone | 1f Business Cell Phone |
|---|---|---|
| TAXPAYER REFUSED to PROVIDE INFORMATION | ( ) | ( ) |

**2b** Name, Age, and Relationship of dependent(s)
TAXPAYER REFUSED to PROVIDE INFORMATION

**2a** Marital Status:  ☐ Married  ☐ Unmarried (Single, Divorced, Widowed)

| | Social Security No. (SSN) | Date of Birth (mmddyyyy) | Driver's License Number and State |
|---|---|---|---|
| 3a Taxpayer | TAXPAYER REFUSED to | | |
| 3b Spouse | PROVIDE INFORMATION | | |

## Section 2: Employment Information

*If the taxpayer or spouse is self-employed or has self-employment income, also complete Business Information in Sections 5 and 6.*

| Taxpayer | Spouse |
|---|---|
| 4a Taxpayer's Employer Name TAXPAYER REFUSED to | 5a Spouse's Employer Name TAXPAYER REFUSED |
| 4b Address (Street, City, State, ZIP code) PROVIDE INFORMATION | 5b Address (Street, City, State, ZIP code) to PROVIDE INFORMATION |

| 4c Work Telephone Number ( ) | 4d Does employer allow contact at work ☐ Yes ☐ No | 5c Work Telephone Number ( ) | 5d Does employer allow contact at work ☐ Yes ☐ No |
|---|---|---|---|
| 4e How long with this employer (years) (months) | 4f Occupation | 5e How long with this employer (years) (months) | 5f Occupation |
| 4g Number of exemptions claimed on Form W-4 | 4h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other | 5g Number of exemptions claimed on Form W-4 | 5h Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other |

## Section 3: Other Financial Information (Attach copies of applicable documentation.)

**6** Is the individual or sole proprietorship party to a lawsuit (If yes, answer the following)   Yes ☐   No ☐

| ☐ Plaintiff  ☐ Defendant | Location of Filing TAXPAYER REFUSED to PROVIDE | Represented by | Docket/Case No. |
|---|---|---|---|
| Amount of Suit $ | Possible Completion Date (mmddyyyy) INFORMATION | Subject of Suit | |

**7** Has the individual or sole proprietorship ever filed bankruptcy (If yes, answer the following)   Yes ☐   No ☐

| Date Filed (mmddyyyy) | Date Dismissed or Discharged (mmddyyyy) | Petition No. | Location |
|---|---|---|---|
| TAXPAYER REFUSED to PROVIDE INFORMATION | | | |

**8** Any increase/decrease in income anticipated (business or personal) (If yes, answer the following)   Yes ☐   No ☐

| Explain. (Use attachment if needed) | How much will it increase/decrease | When will it increase/decrease |
|---|---|---|
| TAXPAYER REFUSED to PROVIDE INFORMATION | | |

**9** Is the individual or sole proprietorship a beneficiary of a trust, estate, or life insurance policy
(If yes, answer the following)   Yes ☐   No ☐

Place where recorded: TAXPAYER REFUSED to PROVIDE INFORMATION

| Name of the trust, estate, or policy | Anticipated amount to be received $ | When will the amount be received |
|---|---|---|
| | | |

**10** In the past 10 years, has the individual resided outside of the United States for periods of 6 months or longer
(If yes, answer the following) TAXPAYER REFUSED to PROVIDE   Yes ☐   No ☐

USAO1710

| 11 | Cash on Hand. Include cash that is not in a bank. | | Total Cash on Hand | $ |

**Personal Bank Accounts.** Include all checking, online bank accounts, money market accounts, savings accounts, stored value cards (e.g., payroll cards, government benefit cards, etc.) List safe deposit boxes including location and contents.

| Type of Account | Full Name & Address (Street, City, State, ZIP code) of Bank, Savings & Loan, Credit Union, or Financial Institution. | Account Number | Account Balance As of _____ mmddyyyy |
|---|---|---|---|
| 12b | Taxpayer Refused to Provide Information | | $ |
| | | | $ |

**12c  Total Cash** (Add lines 12a-12b, and amounts from any attachments)  $

**Investments.** Include stocks, bonds, mutual funds, stock options, certificates of deposit, and retirement assets such as IRAs, Keogh, and 401(k) plans. Include all corporations, partnerships, limited liability companies or other business entities in which the individual is an officer, director, owner, member, or otherwise has a financial interest.

| Type of Investment or Financial Interest | Full Name & Address (Street, City, State, ZIP code) of Company | Current Value | Loan Balance (if applicable) As of _____ mmddyyyy | Equity Value Minus Loan |
|---|---|---|---|---|
| 13a | Taxpayer Refused to Provide | | | |
| | Phone | $ | $ | $ |
| 13b | Information | | | |
| | Phone | $ | $ | $ |
| 13c | | | | |
| | Phone | $ | $ | $ |

**13d  Total Equity** (Add lines 13a through 13c and amounts from any attachments)  $

**Available Credit.** List bank issued credit cards with available credit.

| Full Name & Address (Street, City, State, ZIP code) of Credit Institution | Credit Limit | Amount Owed As of _____ mmddyyyy | Available Credit As of _____ mmddyyyy |
|---|---|---|---|
| 14a  Taxpayer Refused to Provide Information | | | |
| Acct No.: | | $ | $ |
| 14b | | | |
| Acct No.: | | $ | $ |

**14c  Total Available Credit** (Add lines 14a, 14b and amounts from any attachments)  $

**15a  Life Insurance.** Does the individual have life insurance with a cash value (Term Life insurance does not have a cash value.)
☐ Yes ☐ No    If Yes complete blocks 15b through 15f for each policy:

| 15b Name and Address of Insurance Company(ies): | Taxpayer Refused to Provide Information | | |
|---|---|---|---|
| 15c  Policy Number(s) | | | |
| 15d  Owner of Policy | | | |
| Current Cash Value | $ | $ | $ |
| Outstanding Loan Balance | $ | $ | $ |

**15g  Total Available Cash.** (Subtract amounts on line 15f from line 15e and include amounts from any attachments)  $

Form **433-A** (Rev. 1-2008)

USAO1711

Form 433-A (Rev. 1-2008)    Page **3**

| 16 | In the past 10 years, have any assets been transferred by the individual for less than full value *(If yes, answer the following. If no, skip to 17a)* | | | Yes ☐    No ☐ |
|---|---|---|---|---|
| | List Asset | Value at Time of Transfer | Date Transferred *(mmddyyyy)* | To Whom or Where was it Transferred |

*TAXPAYER Refused to Provide INFORMATION*

**Real Property Owned, Rented, and Leased. Include all real property and land contracts.**

| | | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|---|
| **17a** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

*TAXPAYER REFUSED to Provide INFORMATION*

| **17b** | Property Description | | $ | $ | $ | | $ |
|---|---|---|---|---|---|---|---|
| | Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor/Landlord Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

| **17c** | Total Equity *(Add lines 17a, 17b and amounts from any attachments)* | | | | | | $ |
|---|---|---|---|---|---|---|---|

**Personal Vehicles Leased and Purchased. Include boats, RVs, motorcycles, trailers, etc.**

| | Description *(Year, Mileage, Make, Model)* | | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|---|---|
| **18a** | Year | Mileage | | $ | $ | $ | | $ |
| | Make | Model | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |

*TAXPAYER Refused to Provide INFORMATION*

| **18b** | Year | Mileage | | $ | $ | $ | | $ |
|---|---|---|---|---|---|---|---|---|
| | Make | Model | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | | | |

| **18c** | Total Equity *(Add lines 18a, 18b and amounts from any attachments)* | | | | | | $ |
|---|---|---|---|---|---|---|---|

**Personal Assets. Include all furniture, personal effects, artwork, jewelry, collections *(coins, guns, etc.)*, antiques or other assets.**

| | | Purchase/Lease Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|---|
| **19a** | Property Description | | $ | $ | $ | | $ |
| | Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

*TAXPAYER Refused to Provide INFORMATION*

| **19b** | Property Description | | $ | $ | $ | | $ |
|---|---|---|---|---|---|---|---|
| | Location *(Street, City, State, ZIP code)* and County | | | Lender/Lessor Name, Address, *(Street, City, State, ZIP code)* and Phone | | | |

USAO1712

**If the taxpayer is self-employed, sections 5 and 6 must be completed before continuing.**

Monthly Income/Expense Statement *(For additional information, refer to Publication 1854.)*

| | Total Income | | | Total Living Expenses | |
|---|---|---|---|---|---|
| | Source | Gross Monthly | | Expense Items [5] | Actual Monthly |
| 20 | Wages *(Taxpayer)* [1] | $ | 33 | Food, Clothing, and Misc. [6] | $ |
| 21 | Wages *(Spouse)* [1] | $ | 34 | Housing and Utilities [7] | $ |
| 22 | Interest - Dividends | $ | 35 | Vehicle Ownership Costs [8] | $ |
| 23 | Net Business Income [2] | $ | 36 | Vehicle Operating Costs [9] | $ |
| 24 | Net Rental Income [3] | $ | 37 | Public Transportation [10] | $ |
| 25 | Distributions [4] | $ | 38 | Health Insurance | $ |
| 26 | Pension/Social Security *(Taxpayer)* | $ | 39 | Out of Pocket Health Care Costs [11] | $ |
| 27 | Pension/Social Security *(Spouse)* | $ | 40 | Court Ordered Payments | $ |
| 28 | Child Support | $ | 41 | Child/Dependent Care | $ |
| 29 | Alimony | $ | 42 | Life insurance | $ |
| 30 | Other (Rent subsidy, Oil credit, etc.) | $ | 43 | Taxes *(Income and FICA)* | $ |
| 31 | Other | $ | 44 | Other Secured Debts (Attach list) | $ |
| 32 | **Total Income** *(add lines 20-31)* | $ | 45 | **Total Living Expenses** *(add lines 33-44)* | $ |

1   **Wages, salaries, pensions, and social security:** Enter gross monthly wages and/or salaries. Do not deduct withholding or allotments taken out of pay, such as insurance payments, credit union deductions, car payments, etc. To calculate the gross monthly wages and/or salaries:
*If paid weekly* - multiply weekly gross wages by 4.3. Example: $425.89 x 4.3 = $1,831.33
*If paid biweekly (every 2 weeks)* - multiply biweekly gross wages by 2.17. Example: $972.45 x 2.17 = $2,110.22
*If paid semimonthly (twice each month)* - multiply semimonthly gross wages by 2. Example: $856.23 x 2 = $1,712.46

2   **Net Income from Business:** Enter monthly net business income. This is the amount earned after ordinary and necessary monthly business expenses are paid. **This figure is the amount from page 6, line 82.** If the net business income is a loss, enter "0". Do not enter a negative number. If this amount is more or less than previous years, attach an explanation.

3   **Net Rental Income:** Enter monthly net rental income. This is the amount earned after ordinary and necessary monthly rental expenses are paid. Do not include deductions for depreciation or depletion. If the net rental income is a loss, enter "0". Do not enter a negative number.

4   **Distributions:** Enter the total distributions from partnerships and subchapter S corporations reported on Schedule K-1, and from limited liability companies reported on Form 1040, Schedule C, D or E.

5   **Expenses not generally allowed:** We generally do not allow tuition for private schools, public or private college expenses, charitable contributions, voluntary retirement contributions, payments on unsecured debts such as credit card bills, cable television and other similar expenses. However, we may allow these expenses if it is proven that they are necessary for the health and welfare of the individual or family or for the production of income.

6   **Food, Clothing, and Misc.:** Total of clothing, food, housekeeping supplies, and personal care products for one month.

7   **Housing and Utilities:** For principal residence: Total of rent or mortgage payment. Add the average monthly expenses for the following: property taxes, home owner's or renter's insurance, maintenance, dues, fees, and utilities. Utilities include gas, electricity, water, fuel, oil, other fuels, trash collection, telephone, and cell phone.

8   **Vehicle Ownership Costs:** Total of monthly lease or purchase/loan payments.

9   **Vehicle Operating Costs:** Total of maintenance, repairs, insurance, fuel, registrations, licenses, inspections, parking, and tolls for one month.

10   **Public Transportation:** Total of monthly fares for mass transit (e.g., bus, train, ferry, taxi, etc.)

11   **Out of Pocket Health Care Costs:** Monthly total of medical services, prescription drugs and medical supplies (e.g., eyeglasses, hearing aids, etc.)

**Certification:** *Under penalties of perjury, I declare that to the best of my knowledge and belief this statement of assets, liabilities, and other information is true, correct, and complete.*

| Taxpayer's Signature | Spouse's Signature | Date |
|---|---|---|
| | | |

**Attachments Required for Wage Earners and Self-Employed Individuals:**
Copies of the following items for the last 3 months from the date this form is submitted (check all attached items):

☐ Income - Earnings statements, pay stubs, etc. from each employer, pension/social security/other income, self employment income (commissions, invoices, sales records, etc.).

☐ Banks, Investments, and Life Insurance - Statements for all money market, brokerage, checking and savings accounts, certificates of deposit, IRA, stocks/bonds, and life insurance policies with a cash value.

☐ Assets - Statements from lenders on loans, monthly payments, payoffs, and balances for all personal and business assets. Include copies of UCC financing statements and accountant's depreciation schedules.

☐ Expenses - Bills or statements for monthly recurring expenses of utilities, rent, insurance, property taxes, phone and cell phone, insurance premiums, court orders requiring payments (child support, alimony, etc.), other out of pocket expenses.

☐ Other - credit card statements, profit and loss statements, all loan payoffs, etc.

☐ A copy of last year's Form 1040 with all attachments. Include all Schedules K-1 from Form 1120S or Form 1065, as applicable.

Form **433-A** (Rev. 1-2008)

USAO1713

Form 433-A (Rev. 1-2008)

## Sections 5 and 6 must be completed only if the taxpayer is SELF-EMPLOYED.

**Section 5: Business Information**

Is the business a sole proprietorship (filing Schedule C)    ☐ Yes, Continue with Sections 5 and 6.    ☐ No, Complete Form 433-B.
All other business entities, including limited liability companies, partnerships or corporations, must complete Form 433-B.

| 47 Business Name | 48 Employer Identification Number | 49 Type of Business |
|---|---|---|
| TAXPAYER Refused to Provide | | Federal Contractor   ☐ Yes ☐ No |

| 50 Business Website | 51 Total Number of Employees | 52a Average Gross Monthly Payroll |
|---|---|---|
| Information | | 52b Frequency of Tax Deposits |

53 Does the business engage in e-Commerce (Internet sales)    ☐ Yes ☐ No

| Payment Processor (e.g., PayPal, Authorize.net, Google Checkout, etc.) Name & Address *(Street, City, State, ZIP code)* | Payment Processor Account Number |
|---|---|
| 54a | |
| 54b | |

**Credit Cards Accepted by the Business.**

| Credit Card | Merchant Account Number | Merchant Account Provider, Name & Address *(Street, City, State, ZIP code)* |
|---|---|---|
| 55a | | |
| 55b | | |
| 55c | | |

| 56 Business Cash on Hand. Include cash that is not in a bank. | Total Cash on Hand | $ |
|---|---|---|

**Business Bank Accounts.** Include checking accounts, online bank accounts, money market accounts, savings accounts, and stored value cards (e.g. payroll cards, government benefit cards, etc.) *Report Personal Accounts in Section 4.*

| Type of Account | Full name & Address *(Street, City, State, ZIP code)* of Bank, Savings & Loan, Credit Union or Financial Institution. | Account Number | Account Balance As of _____ *mmddyyyy* |
|---|---|---|---|
| 57a | | | $ |
| 57b | | | $ |
| 57c Total Cash in Banks *(Add lines 57a, 57b and amounts from any attachments)* | | | $ |

**Accounts/Notes Receivable.** Include e-payment accounts receivable and factoring companies, and any bartering or online auction accounts. *(List all contracts separately, including contracts awarded, but not started.)* Include Federal Government Contracts.

| Accounts/Notes Receivable & Address *(Street, City, State, ZIP code)* | Status *(e.g., age, factored, other)* | Date Due *(mmddyyyy)* | Invoice Number or Federal Government Contract Number | Amount Due |
|---|---|---|---|---|
| 58a | | | | $ |
| 58b | | | | $ |
| 58c | | | | $ |
| 58d | | | | $ |

USAO1714

| | Purchase/Lease/Rental Date *(mmddyyyy)* | Current Fair Market Value (FMV) | Current Loan Balance | Amount of Monthly Payment | Date of Final Payment *(mmddyyyy)* | Equity FMV Minus Loan |
|---|---|---|---|---|---|---|
| **59a** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code) and County* | | Lender/Lessor/Landlord Name, Address *(Street, City, State, ZIP code) and Phone* | | | | |
| **59b** Property Description | | $ | $ | $ | | $ |
| Location *(Street, City, State, ZIP code) and County* | | Lender/Lessor/Landlord Name, Address *(Street, City, State, ZIP code) and Phone* | | | | |

**59c  Total Equity** (Add lines 59a, 59b and amounts from any attachments)                     $

## Section 6 should be completed only if the taxpayer is SELF-EMPLOYED

**Section 6: Sole Proprietorship Information** *(lines 60 through 81 should reconcile with business Profit and Loss Statement)*

Accounting Method Used: ☐ Cash ☐ Accrual

Income and Expenses during the period *(mmddyyyy)*          *TAXPAYER REFUSED TO PROVIDE*     to *(mmddyyyy)*          *INFORMATION*

| Total Monthly Business Income | | | Total Monthly Business Expenses *(Use attachments as needed)* | | |
|---|---|---|---|---|---|
| | Source | Gross Monthly | | Expense Items | Actual Monthly |
| 60 | Gross Receipts | $ | 70 | Materials Purchased [1] | $ |
| 61 | Gross Rental Income | $ | 71 | Inventory Purchased [2] | $ |
| 62 | Interest | $ | 72 | Gross Wages & Salaries | $ |
| 63 | Dividends | $ | 73 | Rent | $ |
| | Cash | $ | 74 | Supplies [3] | $ |
| | Other Income *(Specify below)* | | 75 | Utilities/Telephone [4] | $ |
| 65 | | $ | 76 | Vehicle Gasoline/Oil | $ |
| 66 | | $ | 77 | Repairs & Maintenance | $ |
| 67 | | $ | 78 | Insurance | $ |
| 68 | | $ | 79 | Current Taxes [5] | $ |
| | | | 80 | Other Expenses, including installment payments *(Specify)* | $ |
| 69 | **Total Income** (Add lines 60 through 68) | $ | 81 | **Total Expenses** (Add lines 70 through 80) | $ |
| | | | 82 | **Net Business Income** (Line 69 minus 81) [6] | $ |

Enter the amount from line 82 on line 23, section 4. If line 82 is a loss, enter "0" on line 23, section 4.
**Self-employed taxpayers must return to page 4 to sign the certification and include all applicable attachments.**

[1]  **Materials Purchased:** Materials are items directly related to the production of a product or service.

[2]  **Inventory Purchased:** Goods bought for resale.

[3]  **Supplies:** Supplies are items used in the business that are consumed or used up within one year. This could be the cost of books, office supplies, professional equipment, etc.

[4]  **Utilities/Telephone:** Utilities include gas, electricity, water, oil, other fuels, trash collection, telephone and cell phone.

[5]  **Current Taxes:** Real estate, excise, franchise, occupational, personal property, sales and employer's portion of employment taxes.

[6]  **Net Business Income:** Net profit from Form 1040, Schedule C may be used if duplicated deductions are eliminated (e.g., expenses for business use of home already included in housing and utility expenses on page 4). Deductions for depreciation and depletion on Schedule C are not cash expenses and must be added back to the net income figure. In addition, interest cannot be deducted if it is already included in any other installment payments allowed.

*FINANCIAL ANALYSIS OF COLLECTION POTENTIAL FOR INDIVIDUAL WAGE EARNERS AND SELF-EMPLOYED INDIVIDUALS*     *(IRS USE ONLY)*

**Privacy Act:** The information requested on this Form is covered under Privacy Acts and Paperwork Reduction Notices which have already been provided to the taxpayer.

CASE NO. CV 03-7016 DDP (PJWx)

UNITED STATES

VS. JAMES MATTATALL

PLAINTIFF'S EXHIBIT _208_

DATE _____ IDEN.

DATE _____ EVID.

BY _____
_____ Deputy Clerk

AO 386



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:  September 11, 2009

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, James A Mattatall, SSN: ████-1211, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2004, consisting of two pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Madison Gartman
Senior Supervisor Investigative Analyst
CI Delegation Order 18

--------------------------------------------------------------------------

JAMES A MATTATALL                EIN/SSN: ███████-1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2004

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
|      | NO RECORD OF RETURN FILED  |                                     |                            |                                  |

FORM 4340  (REV. 01-2002)              PAGE     1

JAMES A MATTATALL                    EIN/SSN: ▓▓▓-1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2004
--------------------------------------------------------------------


BALANCE          0.00

--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____Madison Gartman_____

TITLE:_____Senior Supervisor Investigative Analyst_____

ATION ORDER:_____198/18_____


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 09/10/2009

FORM 4340  (REV. 01-2002)                PAGE    2

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: September 11, 2009

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, James A Mattatall, SSN: ▆▆▆-▆▆-1211, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2005, consisting of two pages ────────────────

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Madison Gartman
Senior Supervisor Investigative Analyst
CI Delegation Order 18

Catalog Number 19002E          *U.S. Government Printing Office: 2000 – 533-039/07196          Form 2866 (Rev. 09-97)

--------------------------------------------------------------------------------

JAMES A MATTATALL                    EIN/SSN: ██████-1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2005

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

--------------------------------------------------------------------------------

            NO RECORD OF RETURN FILED

FORM 4340  (REV. 01-2002)              PAGE    1

```
JAMES A MATTATALL                    EIN/SSN: ██████-1211


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2005
---------------------------------------------------------------


BALANCE            0.00


---------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


---------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____Madison Gartman_____

TITLE:_____Senior Supervisor Investigative Analyst____

       ATION ORDER:_____198/18_____


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 09/10/2009

FORM 4340  (REV. 01-2002)              PAGE     2
```



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date:  September 11, 2009

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, James A Mattatall, SSN: ███1211, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2006, consisting of two pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Madison Gartman
Senior Supervisor Investigative Analyst
CI Delegation Order 18

Catalog Number 19002E          *U.S. Government Printing Office: 2000 – 533-039/07196          Form **2866**  (Rev. 09-97)

JAMES A MATTATALL                 EIN/SSN: ████2-1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  2006

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
|      | NO RECORD OF RETURN FILED  |                                     |                            |                                  |

FORM 4340  (REV. 01-2002)              PAGE     1

JAMES A MATTATALL                    EIN/SSN: ████-1211


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2006
------------------------------------------------------------------------

BALANCE           0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

                    Madison Gartman
PRINT NAME:_____

                Senior Supervisor Investigative Analyst
TITLE:_____

                      198/18
    ATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


       ACCOUNT STATUS DATE 09/10/2009

FORM 4340  (REV. 01-2002)              PAGE    2



**United States**     **of America**

### Department of the Treasury
### Internal Revenue Service

Date: September 11, 2009

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, James A Mattatall, SSN: ███-██-1211, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2007, consisting of two pages————————————————————

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Madison Gartman
Senior Supervisor Investigative Analyst
CI Delegation Order 18

Catalog Number 19002E     *U.S. Government Printing Office: 2000 – 533-039/07196     **Form 2866** (Rev. 09-97)

JAMES A MATTATALL                    EIN/SSN: ██████-1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2007

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|

NO RECORD OF RETURN FILED

FORM 4340  (REV. 01-2002)                    PAGE     1

JAMES A MATTATALL                    EIN/SSN: ██████-1211

T... OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2007
------------------------------------------------------------------------

BALANCE            0.00

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____Madison Gartman_____

TITLE:_____Senior Supervisor Investigative Analyst_____

D...  .TION ORDER:_____198/18_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/10/2009

FORM 4340  (REV. 01-2002)              PAGE    2



**United States** **of America**

### Department of the Treasury
### Internal Revenue Service

Date:  September 11, 2009

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for, James A Mattatall, SSN: 4██-██-1211, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2008, consisting of two pages————————————————

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Madison Gartman
Senior Supervisor Investigative Analyst
CI Delegation Order 18

Catalog Number 19002E          *U.S. Government Printing Office: 2000 – 533-039/07196          Form **2866**  (Rev. 09-97)

JAMES A MATTATALL                    EIN/SSN: ██████-1211


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2008

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
|      | NO RECORD OF RETURN FILED  |                                     |                            |                                 |

FORM 4340  (REV. 01-2002)              PAGE    1

JAMES A MATTATALL                    EIN/SSN: ████████1211

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BALANCE            0.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SIGNATURE OF CERTIFYING OFFICER: _____
                              Madison Gartman
PRINT NAME:_____
                    Senior Supervisor Investigative Analyst
TITLE:_____
                          198/18
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 09/10/2009

FORM 4340  (REV. 01-2002)              PAGE    2

CASE NO. CV 03-7016 DDP (PJWx)

UNITED STATES
JAMES MATTATALL

VS.

PLAINTIFF'S EXHIBIT 209

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk

AO 386

## Summary of The Additional Tax Returns

| | Name | 2004 Tax Return | 2005 Tax Return | 2006 Tax Return | 2007 Tax Return | 2008 Tax Return |
|---|---|---|---|---|---|---|
| 1 | Alice Ambris | Signed by JA Mattatall (Exhibit 34) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 35) |
| 2 | Diane W. Barthy | Signed by JA Mattatall (Exhibit 36) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 37) |
| 3 | Lezanne M. Bell | Signed by JA Mattatall (Exhibit 38) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 39) |
| 4 | Mary Black | Signed by JA Mattatall (Exhibit 40) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 41) |
| 5 | Lilian Calderon | Signed by JA Mattatall (Exhibit 42) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 43) |
| 6 | Trent Cobbs | Signed by JA Mattatall (Exhibit 44) | Preparer Unknown | Preparer Unknown | Preparer Unknown | |
| 7 | John R. Cook | Signed by JA Mattatall (Exhibit 45) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 46) |
| 8 | Oscar Cox | Signed by JA Mattatall (Exhibit 47) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 48) |
| 9 | Guillermo A. De Leon | Signed by JA Mattatall (Exhibit 49) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 50) |
| 10 | David Drolet | Signed by JA Mattatall (Exhibit 51) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 52) |
| 11 | Marjorie A. Dunlap | Signed by JA Mattatall (Exhibit 53) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 54) |
| 12 | Jennifer W. Eberhardt | Signed by JA Mattatall (Exhibit 55) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 56) |
| 13 | Charles M. Engelhardt | Signed by JA Mattatall (Exhibit 57) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 58) |
| 14 | Frederick C. Englehardt | Signed by JA Mattatall (Exhibit 59) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 60) |
| 15 | Amador Espinosa | Signed by JA Mattatall (Exhibit 61) | Preparer Unknown | Preparer Unknown | Preparer Unknown | |
| 16 | Francisco Flores | Signed by JA Mattatall (Exhibit 62) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 63) |
| 17 | Gabriela Gauci | Signed by JA Mattatall (Exhibit 64) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 65) |
| 18 | Greta George | Signed by JA Mattatall (Exhibit 66) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 67) |
| 19 | Stephen J. Haddad | Signed by JA Mattatall (Exhibit 68) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 69) |
| 20 | Bernard M. Hafele | Signed by JA Mattatall (Exhibit 70) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 71) |
| 21 | Mark Heppenstall | Signed by JA Mattatall (Exhibit 73) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 74) |
| 22 | James A. Hoover | Signed by JA Mattatall (Exhibit 75) | | | Preparer Unknown | Preparer Unknown (Exhibit 76) |
| 23 | Kathleen Hutchins | Signed by JA Mattatall (Exhibit 77) | | | | |
| 24 | Thomas E. Jackson | Signed by JA Mattatall (Exhibit 78) | | | | |
| 25 | Sri S. Jacobs | Signed by JA Mattatall (Exhibit 79) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown (Exhibit 80) |
| 26 | Alan K. Jacobson | Signed by JA Mattatall (Exhibit 81) | | | | |
| 27 | Jack A. Kashirsky | Signed by JA Mattatall (Exhibit 82) | | | | |
| 28 | Joy O. Kelly | Signed by JA Mattatall (Exhibit 83) | | | | |

Prepared by SA Nshan Tashchyan
Date Prepared: September 9, 2009

## Summary of The Additional Tax Returns

| # | Name | 2004 Tax Return | 2005 Tax Return | 2006 Tax Return | 2007 Tax Return | 2008 Tax Return | Exhibit |
|---|------|-----------------|-----------------|-----------------|-----------------|-----------------|---------|
| 29 | Earl T. Knox | Signed by JA Mattatall (Exhibit 84) | Preparer Unknown | Preparer Unknown | | | (Exhibit 85) |
| 30 | Staci Kolbeck | Signed by JA Mattatall (Exhibit 86) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 87) |
| 31 | Henry Kolte | Signed by JA Mattatall (Exhibit 88) | Preparer Unknown | | | | (Exhibit 89) |
| 32 | Mark O. Koltko | Signed by JA Mattatall (Exhibit 90) | | | | | |
| 33 | David J. Krenik | Signed by JA Mattatall (Exhibit 91) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 92) |
| 34 | Clement La Chima | Signed by JA Mattatall (Exhibit 93) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 94) |
| 35 | David Laake | Signed by JA Mattatall (Exhibit 95) | Preparer Unknown | | | | |
| 36 | Frances A. Lacey | Signed by JA Mattatall (Exhibit 96) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 97) |
| 37 | Fran T. Leonard | Signed by JA Mattatall (Exhibit 98) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 99) |
| 38 | James Loughman | Signed by JA Mattatall (Exhibit 100) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 101) |
| 39 | Michah Loughman | Signed by JA Mattatall (Exhibit 102) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 103) |
| 40 | Steven L. Mackay | Signed by JA Mattatall (Exhibit 104) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 105) |
| 41 | Lucinda Mahon | Signed by JA Mattatall (Exhibit 106) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 107) |
| 42 | Michael S. Mahon | Signed by JA Mattatall (Exhibit 108) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 109) |
| 43 | Ann Mattatall | Signed by JA Mattatall (Exhibit 110) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 111) |
| 44 | Lori L. Mayer | Signed by JA Mattatall (Exhibit 112) | Preparer Unknown | Preparer Unknown | Preparer Unknown | | (Exhibit 113) |
| 45 | Willie McCloud | Signed by JA Mattatall (Exhibit 114) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 116) |
| 46 | Donald McNulty | Signed by JA Mattatall (Exhibit 116) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 117) |
| 47 | Christopher B. Miller | Signed by JA Mattatall (Exhibit 118) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | |
| 48 | James Mish | Signed by JA Mattatall (Exhibit 120) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 121) |
| 49 | Kris Norlander | Signed by JA Mattatall (Exhibit 122) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 123) |
| 50 | Kurt Norlander | Signed by JA Mattatall (Exhibit 124) | Preparer Unknown | Preparer Unknown | | Preparer Unknown | (Exhibit 125) |
| 51 | Olga Ostopsides | Signed by JA Mattatall (Exhibit 126) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 127) |
| 52 | Robert C. Palma | Signed by JA Mattatall (Exhibit 128) | Preparer Unknown | Preparer Unknown | Preparer Unknown | | (Exhibit 129) |
| 53 | Medi Permonchadi | Signed by JA Mattatall (Exhibit 130) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 131) |
| 54 | Myrtle G. Phillips | Signed by JA Mattatall (Exhibit 132) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 133) |
| 55 | Cheryl K. Polley | Signed by JA Mattatall (Exhibit 134) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 135) |
| 56 | Reta Purnomosari | Signed by JA Mattatall (Exhibit 136) | Preparer Unknown | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 137) |

Summary of The Additional Tax Returns

| | Name | 2004 Tax Return | 2005 Tax Return | 2006 Tax Return | 2007 Tax Return | 2008 Tax Return | |
|---|---|---|---|---|---|---|---|
| 57 | Colin D. Quennell | Signed by JA Mattatall | (Exhibit 138) | Preparer Unknown | Preparer Unknown | | (Exhibit 139) |
| 58 | Neftali Quesada | Signed by JA Mattatall | (Exhibit 140) | | | | |
| 59 | Stephen E. Quintis | Signed by JA Mattatall | (Exhibit 141) | | | | |
| 60 | Glendene A. Rascoe | Signed by JA Mattatall | (Exhibit 143) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 144) |
| 61 | Jaidesh Reddick | Signed by JA Mattatall | (Exhibit 145) | | | | |
| 62 | Raymond H. Renken | Signed by JA Mattatall | (Exhibit 146) | | | | |
| 63 | Lauren E. Rignel | Signed by JA Mattatall | (Exhibit 147) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 148) |
| 64 | Raymond R. Rignel | Signed by JA Mattatall | (Exhibit 149) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 150) |
| 65 | Todd R. Rignel | Signed by JA Mattatall | (Exhibit 151) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 152) |
| 66 | Patrick Riley | Signed by JA Mattatall | (Exhibit 153) | | | | |
| 67 | Virginia Russell | Signed by JA Mattatall | (Exhibit 154) | Preparer Unknown | | | (Exhibit 155) |
| 68 | Sandra M. Sabatino | Signed by JA Mattatall | (Exhibit 156) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 157) |
| 69 | Kevin L. Savage | Signed by JA Mattatall | (Exhibit 158) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 159) |
| 70 | Michele S. Sesay | Signed by JA Mattatall | (Exhibit 160) | Preparer Unknown | | | (Exhibit 161) |
| 71 | Mustapha Sesay | Signed by JA Mattatall | (Exhibit 162) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 163) |
| 72 | Lyman H. Steffen | Signed by JA Mattatall | (Exhibit 164) | Preparer Unknown | | | (Exhibit 165) |
| 73 | Gabriel Sullivan | Signed by JA Mattatall | (Exhibit 166) | | | | |
| 74 | Julie E. Upp | Signed by JA Mattatall | (Exhibit 168) | | | | |
| 75 | Victor Vardanega | Signed by JA Mattatall | (Exhibit 169) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 170) |
| 76 | Darryl Vontoure | Signed by JA Mattatall | (Exhibit 171) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 172) |
| 77 | Sharon J. Warner | Signed by JA Mattatall | (Exhibit 173) | | | | |
| 78 | Charles P. Wirth | Signed by JA Mattatall | (Exhibit 174) | Preparer Unknown | Preparer Unknown | Preparer Unknown | (Exhibit 175) |

Prepared by SA Nshan Tashchyan
Date Prepared: September 9, 2009

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **December 8, 2009**, I served **Government's Further Position on Sentencing** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  Date of mailing: **December 8, 2009**

Place of mailing: Los Angeles, California.

**James A. Mattatall**
1880 West Carson Street #F-349
Torrance, CA 90503


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **December 8, 2009**, Los Angeles, California.

/s/
**Amanda Carrillo**