Case 2:03-cv-07016-DDP-PJW    Document 155    Filed 12/14/2009    Page 1 of 2

James Arnold: Mattatall
1880 West Carson Street, #F-349
Torrance, California
(310) 530-6306

FILED
2009 DEC 14 AM 10: 02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

IN RE:

UNITED STATES OF AMERICA

    Plaintiff

v.

JAMES A. MATTATALL

    Defendant

C.A. No. CV03-07016 DDP (PJWx)

**A Statement in Allocution by Me,
as Authorized Representative for JAMES A. MATTATALL**

A *FOR THE RECORD* filing in this matter.

To: The Honorable District Judge Dean D. Pregerson

_____

**A Statement in Allocution by Me,
as Authorized Representative for JAMES A. MATTATALL**

For the record your honor:

    I am here for that matter. On behalf of the defendant, I would first like to apologize for the time and cost this case may have caused. I do not see where proper "court cost" may not be accessed to the defendant, and on behalf of the defendant I would like o extend my personal exemption in order to set-off those costs. On behalf of the

Page 1 of 2

defendant, I do not see where incarceration would be of a benefit to the public. On behalf of the defendant I do not see where the public would benefit from a probation of the defendant however, I believe the defendant to be an entity of a repugnant nature and would not find itself in a similar situation again.

As for me your honor, through out the last several months I have witnessed time and time again the fact that I may have made a mistake. I never intended to commit any crime, break any law, nor have I ever intended to commit any contempt of this honorable court. In the court's finding that I have indeed made the mistake of committing contempt, either by commission or omission, let me here and now for the record say that I sincerely apologize, as it was never my intention, and I hereby repent of my mistake. My mistake was an erroneous belief as to the facts of my actions, for that I am sorry. Your honor, will you forgive me? For the record your honor, as I have accepted your finding, and ask your forgiveness, would there be anyone else that I need to ask forgiveness of so that I may be at peace with all men? Your honor, I am not a criminal, I made a mistake and have taken responsibility for the same, as such, your honor, I will and have at this time submit the DEFENDANT herein to whatever determination you make. I want to thank your honor for the opportunity to speak and again your honor, will you forgive me?

_____
me: as authorized representative
for JAMES A. MATTATALL

TO THE CLERK OF THE COURT FOR FILING INTO CASE NO. C.A. No. CV03-07016 DDP (PJWx)