# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 03-07016 DDP (PJWx) | Date | December 14, 2009 |
| Title | UNITED STATES OF AMERICA -V- JAMES A. MATTATALL | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Anne Kielwasser | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert F. Conte, AUSA<br>Michael R. Pahl, AUSA | James A. Mattatall, In Pro Per<br>Richard Callahan, Jr., advisory counsel |

Proceedings:

**CIVIL SENTENCING**
**(COURT FINDING OF CRIMINAL CONTEMPT 09-15-09)**

---

The defendant is sentenced.

Refer to separate civil contempt judgment to be issued hereafter.

Defendant informed of right to appeal.

00 : 20

Initials of Preparer    JAC