UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 03-07016 DDP (PJWx) |
| Plaintiff, | CIVIL CONTEMPT JUDGMENT |
| v. | |
| JAMES A. MATTATALL, | |
| Defendant. | |

    The defendant has been found in civil contempt of Court and therefore is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months.

    The sentence is based upon the factors set forth in 18 U.S.C. § 3553, including the applicable sentencing range set forth in the guidelines.

    IT IS ORDERED that the defendant shall pay to the United States a special assessment fee of $10, which is due immediately.

    Pursuant to Section 5E1.2 (e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

cc: B.O.P.;U.S.M.; P.O.

1    IT IS ORDERED that the defendant shall self-surrender to the
2 institution designated by the BOP on or before 12 noon, on February
3 12, 2010, on the absence of such designation, the defendant shall
4 report on or before the same date and time, to the United States
5 Marshal at 255 East Temple Street, Los Angeles, California, 90012.

Dated: December 15, 2009

DEAN D. PREGERSON
United States District Judge