UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 03-07016 DDP (PJWx) |
| Plaintiff, | CIVIL CONTEMPT JUDGMENT |
| v. | |
| JAMES A. MATTATALL, | |
| Defendant. | |

    The defendant has been found in civil contempt of Court and therefore is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months.

    The sentence is based upon the factors set forth in 18 U.S.C. § 3553, including the applicable sentencing range set forth in the guidelines.

    IT IS ORDERED that the defendant shall pay to the United States a special assessment fee of $10, which is due immediately.

    Pursuant to Section 5E1.2 (e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

cc: B.O.P.;U.S.M.; P.O.

    IT IS ORDERED that the defendant shall self-surrender to the institution designated by the BOP on or before 12 noon, on February 12, 2010, on the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal at 255 East Temple Street, Los Angeles, California, 90012.

Dated: December 15, 2009

DEAN D. PREGERSON
United States District Judge