FILED

1   I am: me
    as Authorized Representative for:
2   JAMES A MATTATALL, DEFENDANT
    In care of: 1880 West Carson #329
3   Torrance, California [90501]

4   310-530-6306

2009 DEC 22 PM 1:43

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11

12

13

14  IN RE: USA V. JAMES A. MATTATALL -- CASE NO. CV03-07016 DDP (PJWx)

15

16                  MOTION FOR STAY ON APPEAL

17         NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS

18

19

20  To: The Honorable Clerk of the District Court, District of California

21

22      Notice is hereby given that an appeal of the sentence in the above titled and

23  captioned matter is filed and taken. Said appeal is to the Ninth Circuit Court of

24  Appeals and is taken from the United States District Court for the Central District of

25  California Western Division.

26      This notice of appeal is timely filed both in the context of a "criminal"

27  proceeding, within 10 days of the entry of judgment or sentence, and within the

28  allotted time for a civil judgment, within 30 days. Part of the appeal in this matter is

NOTICE OF APPEAL                                          Page 1 of 2

1  the confusion herein this matter as the DEFENDANT has been sentenced for
2  "criminal" contempt in a civil matter. Further, DEFENDANT moves the Court,
3  District or the Court of Appeals for a stay of sentence pending the outcome of this
4  appeal. The Sentence imposed was for six (6) months. Sentence was Filed on
5  December 14, 2009 and entered on the docket on December 15, 2009.
6  Appellate/DEFENDANT is bail status is on bail until reporting date. A copy of said
7  judgment or order is attached hereto.
8      Appellate/DEFENDANT will order the transcripts as required as well as
9  furnish the documents for the record on appeal.
10     RESPECTFULLY SUBMITTED this 22nd day of December, 2009.

                                                              _____
                                                              me: as authorized representative
                                                              for JAMES A. MATTATALL

15 TO THE CLERK OF THE COURT FOR FILING INTO CASE NO. CV03-07016 DDP (PJWx)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 03-07016 DDP (PJWx) |
| Plaintiff, | ) | CIVIL CONTEMPT JUDGMENT |
| v. | ) | |
| JAMES A. MATTATALL, | ) | |
| Defendant. | ) | |

The defendant has been found in civil contempt of Court and therefore is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months.

The sentence is based upon the factors set forth in 18 U.S.C. § 3553, including the applicable sentencing range set forth in the guidelines.

IT IS ORDERED that the defendant shall pay to the United States a special assessment fee of $10, which is due immediately.

Pursuant to Section 5E1.2 (e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine.

cc: B.O.P.;U.S.M.; P.O.

IT IS ORDERED that the defendant shall self-surrender to the institution designated by the BOP on or before 12 noon, on February 12, 2010, on the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal at 255 East Temple Street, Los Angeles, California, 90012.

Dated: December 15, 2009

DEAN D. PREGERSON
United States District Judge