UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. JAMES A. MATTATALL, Defendant - Appellant. | No. 09-57042 D.C. No. 2:03-cv-07016-DDP-PJW U.S. District Court for Central California, Los Angeles ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 1 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to respond to the order of this court dated January 20, 2010.

A copy of this order sent to the district court shall constitute the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Robert Sansone
Deputy Clerk