

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:   ☐ Chief Deputy     ☐ Fiscal

**Re:**   **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: _____

Defendant's Name: _____

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on _____ . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** _____**, it was verified the defendant:**

☐   the Bureau of Prisons was unable to provide information as the above-named defendant.

☐   has commenced their electronic monitoring.

☐   has completed their electronic monitoring.

☐   has reported to the U.S. Probation Office.

☐   has surrendered to the Bureau of Prisons.

☐   Other: _____

**Verified via   ☐ telephone or   ☐ e-mail with the following:**

☐   U.S. Probation Officer: _____ ,
                                                *(Name of Officer)*
☐   Bureau of Prisons: _____ ,
                                        *(Name of Officer)*
☐   U.S. Marshal: _____ ,
                                *(Name of Officer)*

_____         By _____
Date                                                                       Deputy Clerk

CR-86 (11/08)                              **VERIFICATION OF SURRENDER**